UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___VS___ D.C.
JUN 1 0 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 19-20674-CR-GAYLES (s)(s)

IN RE: SEALED INDICTMENT
_____/

## MOTION TO SEAL

The United States of America hereby moves that the Indictment, arrest warrants, this Motion, and any resulting Order be SEALED until the arrest of the first defendant or until further order of this court. As grounds therefore, the United States asserts that some of the defendants may flee, and the integrity of an ongoing investigation and of evidence might be compromised, should the filing of this indictment become public before the defendants are arrested.

The United States further moves for authorization to obtain and disclose copies of the indictment, arrest warrants, or the sealing order as necessary for purposes of arrest, extradition, or any other necessary cause.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _/s/ Frank H. Tamen_
Frank H. Tamen
Assistant United States Attorney
Florida Bar No. 261289
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9022   Office
(305) 536-7213   Facsimile
Frank.Tamen@usdoj.gov