UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES (s)(s)

**IN RE SEALED INDICTMENT**
_____/

**SEALED ORDER**

The United States of America having applied to this Court for an Order sealing the Indictment, Arrest Warrants, this Motion to Seal and this Order, and the Court finding good cause:

IT IS HEREBY ORDERED that the Indictment, Arrest Warrants, and this Order shall be filed under seal until the arrest of the first defendant or until further order of this court, however, the United States Attorney's Office may obtain copies of any Indictment, Arrest Warrant, or other sealed document for purposes of arrest, extradition, or any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 10 day of June, 2021.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Frank H. Tamen