**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 19-CR-20674-GAYLES(s)**

**UNITED STATES OF AMERICA**

v.

**JOSHUA RYAN JOLES,**

               **Defendant.**

## ORDER APPROVING STIPULATION AND SETTLEMENT AGREEMENT BETWEEN THE UNITED STATES AND JOSHUA RYAN JOLES

      **THIS CAUSE** is before the Court on the United States' Motion to Approve Stipulation and Settlement Agreement ("Agreement") between the United States and Defendant Joshua Ryan Joles ("Defendant") (DE 351), filed July 13, 2021. The Court has carefully reviewed the Motion for Approval, the related Stipulation and Settlement Agreement, and is otherwise advised in the premises. Accordingly, it is

      **ORDERED AND ADJUDGED** as follows:

      1.    The United States' Motion to Approve Stipulation and Settlement Agreement between the United States and Defendant is **GRANTED**.

      2.    The Stipulation and Settlement Agreement entered into between the United States and the Petitioner is **APPROVED**.

      3.    The Court will retain jurisdiction over this matter and the parties to enter such further orders as may be necessary to effectuate the Agreement.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this _15th_ day of July 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE