UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-CR-20674-Gayles(s)(s)

**UNITED STATES OF AMERICA**

vs.

**STEPHEN COSTA, et al.,**

        **Defendants.**
_____/

STIPULATION AND ORDER

    The United States and the defendants, by and through their respective attorneys, stipulate as follows as to the handling of material to be provided by the government pursuant to Rule 16 of the Federal Rules of Criminal Procedure ("Discovery"), Title 18, United States Code, Section 3500 ("3500 Material") and pursuant to Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959), and their progeny ("Giglio Material," and collectively "Restricted Material"). The Government requests, without objection, that the stipulation be accepted by the Court and entered as an Order in the pending case:

    1.    Whereas the government may provide evidence as part of Discovery that involves individuals and entities who have not yet been arrested or not yet charged with a crime due to on-going investigations;

    2.    Whereas the government may call as witnesses in a trial of the above-referenced defendants certain cooperating witnesses who are assisting in multiple prosecutions and investigations in addition to the above-referenced matter; and

3. Whereas the public disclosure of such assistance and on-going investigations could negatively impact the safety concerns of witnesses and law enforcement personnel, as well as the integrity of the on-going investigations and operations;

4. The parties agree that they shall abide by the following general restrictions:

   a. the defense shall not show or disseminate any of the Restricted Material to anyone other than the named defendant, attorneys of record for the named defendant and staff from that defense counsel's law office, and U.S.-based paralegals, investigators, expert witnesses and interpreters working for that law office;

   b. the defense and the defendant shall not disclose, whether orally or in writing, to anyone not covered by this stipulation any information relating to a cooperating witness, confidential informant or on-going investigation;

   c. with respect to any potential joint defense agreements, the defense shall not show or disseminate any of the Restricted Material to anyone covered by such an agreement other than a named defendant in this matter, attorneys of record for the named defendant and staff from that defense counsel's law office, and U.S.-based paralegals, investigators, expert witnesses and interpreters working for that law office, thus specifically excluding attorneys or the defense team of an allegedly or potential unnamed co-conspirator;

   d. the defense shall not show or disseminate any of the Restricted Material to any foreign (non-U.S.) attorneys or other foreign individuals;

      e.    the defense shall not transmit any of the Restricted Material outside of the United States;

      f.    to the extent it is necessary for a defendant to possess any of the Restricted Material to assist in his defense, the defendant agrees not to show or disseminate any of the Restricted Materials to anyone else; and

      g.    the defense shall return to the government, or destroy, all of the Restricted Material, as well as any copies made for trial preparation, at the close of the trial or when any appeals have become final.

5.    The parties agree that, notwithstanding the above-referenced restrictions, the following exceptions shall apply:

      a.    Restricted Material that was obtained from a defendant or a defendant's employer is not considered Restricted Material for that defendant and may be used by that defendant and his legal team in any manner they see fit, including showing those items to other individuals; and

      b.    An individual who is not a defendant nor part of the defense team may be shown Restricted Material if that individual created the Restricted Material or had otherwise previously seen the Restricted Material (including if the defense team has a good faith basis to believe that individual had previously seen the Restricted Material), as in the case for example of an individual copied on an email message.

6.    In the event that these stipulations inhibit the preparation for trial or permit to disclosure in a manner not anticipated by the parties, the parties agree that they shall seek to jointly

amend the terms of this agreement or, if unable to agree to amendments, will apply to the Court to modify the terms of this agreement.

                                                                JUAN ANTONIO GONZALEZ
                                                                ACTING UNITED STATES ATTORNEY

_____  
DATE                          By:   WALTER M. NORKIN  
                                                     ASSISTANT U.S. ATTORNEY

_____  
DATE                                                 MARC SEITLES, ESQ.  
                                                ATTORNEY FOR STEPHEN COSTA

_____  
DATE                                                 J. RAFAEL RODRIGUEZ, ESQ.  
                                                ATTORNEY FOR RUBEN RODRIGUEZ DIAZ

                                                *Erick Cruz*  
_____  
DATE                                                 ERICK CRUZ, ESQ.  
                                                ATTORNEY FOR RAFAEL ROMERO

THIS MATTER comes before the Court upon the Government's request for an Order adopting the stipulation of the parties to protect certain Restricted Materials, in order to allow for the Court's assistance in enforcing the parties' agreement, should such assistance become necessary.

Accordingly, it is **ORDERED ADJUDGED** as follows:

The Government's request is granted and the stipulation of the parties is adopted as an Order of this Court.

DONE AND ORDERED in chambers at the United States Courthouse, Miami, Florida, this \_\_\_\_\_ day of _____, 2021.

                                                         _____  
                                                         DARRIN P. GAYLES  
                                                         UNITED STATES DISTRICT JUDGE  
                                                         SOUTHERN DISTRICT OF FLORIDA

amend the terms of this agreement or, if unable to agree to amendments, will apply to the Court to modify the terms of this agreement.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____  By:  _____
DATE                           WALTER M. NORKIN
                               ASSISTANT U.S. ATTORNEY

_____       _____
DATE                           MARC SEITLES, ESQ.
                               ATTORNEY FOR STEPHEN COSTA

6-23-21
_____       _____
DATE                           J. RAFAEL RODRIGUEZ, ESQ.
                               ATTORNEY FOR RUBEN RODRIGUEZ DIAZ

_____       _____
DATE                           ERICK CRUZ, ESQ.
                               ATTORNEY FOR RAFAEL ROMERO

THIS MATTER comes before the Court upon the Government's request for an Order adopting the stipulation of the parties to protect certain Restricted Materials, in order to allow for the Court's assistance in enforcing the parties' agreement, should such assistance become necessary.

Accordingly, it is **ORDERED ADJUDGED** as follows:

The Government's request is granted and the stipulation of the parties is adopted as an Order of this Court.

DONE AND ORDERED in chambers at the United States Courthouse, Miami, Florida, this \_\_\_\_\_ day of _____, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

amend the terms of this agreement or, if unable to agree to amendments, will apply to the Court to modify the terms of this agreement.

|  |  |
|---|---|
| 7/27/21<br>DATE | JUAN ANTONIO GONZALEZ<br>ACTING UNITED STATES ATTORNEY<br><br>By: *Walter M. Norkin*<br>WALTER M. NORKIN<br>ASSISTANT U.S. ATTORNEY |
| 7/27/21<br>DATE | ROBERT AMSEL, ESQ.<br>ATTORNEY FOR LEAH SOLOMON |

THIS MATTER comes before the Court upon the Government's request for an Order adopting the stipulation of the parties to protect certain Restricted Materials, in order to allow for the Court's assistance in enforcing the parties' agreement, should such assistance become necessary.

Accordingly, it is **ORDERED ADJUDGED** as follows:

The Government's request is granted and the stipulation of the parties is adopted as an Order of this Court.

DONE AND ORDERED in chambers at the United States Courthouse, Miami, Florida, this 27th day of July, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

4