IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

v.

JOSHUA RYAN JOLES,

       Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO TRAVEL

**THIS CAUSE** comes before the Court upon Defendant Joshua Ryan Joles's Unopposed Motion to Travel filed August 11, 2021 (DE 391). The Court has Considered the motion, and being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant Joshua Ryan Joles may travel to Chippewa Falls, Wisconsin from August 26th to September 1st, 2021.

**DONE AND ORDERED** in Chambers in Miami, Florida this 12th day of August, 2021.

                                              DARRIN P. GAYLES
                                              UNITED STATES DISTRICT JUDGE

cc: counsel of record