| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

RECEIVED AUG 31 2021 BY:_____

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES | 19-20674-CR-DPG |
| DEFENDANT | TYPE OF PROCESS |
| JOSHUA RYAN JOLES | Preliminary Order Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$101,577.57 in Funds from Wells Fargo Bank, N.A. Account Number 3263614848
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o USMS

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Nicole Grosnoff, AUSA<br>99 NE 4th Street, 7th Floor,<br>Miami, FL 33132 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve Preliminary Order of Forfeiture.

CATS # 19-FBI-005619

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| NICOLE GROSNOFF Digitally signed by NICOLE GROSNOFF Date: 2021.07.27 09:17:41 -04'00' | [X] PLAINTIFF<br>[ ] DEFENDANT | 305-961-9294 | 7/27/2021 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 04 | No. 04 | | 8/31/2021 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | FILED BY PG D.C. | Date 8/31/2021 | Time 12:00 | [ ] am [X] pm |
|---|---|---|---|---|
| Address (complete only different than shown above) | SEP 09 2021<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - MIAMI | | Signature of U.S. Marshal or Deputy | |

Costs shown on attached USMS Cost Sheet >>

REMARKS

$101,577.57 in USC served pursuant to Preliminary Order of Forfeiture.

Form USM-285
Rev. 03/21