# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

U.S. Department of Justice
United States Marshals Service

RECEIVED AUG 31 2021 BY:_____

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES | COURT CASE NUMBER<br>19-20674-CR-DPG |
| DEFENDANT<br>JOSHUA RYAN JOLES | TYPE OF PROCESS<br>Preliminary Order Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$1,534,370.29 in Funds from First Credit Union Account Number 1030020296256

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o USMS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Nicole Grosnoff, AUSA
99 NE 4th Street, 7th Floor,
Miami, FL 33132

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please serve Preliminary Order of Forfeiture.

CATS # 19-FBI-005122

Signature of Attorney other Originator requesting service on behalf of:
NICOLE GROSNOFF  Digitally signed by NICOLE GROSNOFF Date: 2021.07.27 09:14:17 -04'00'
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 305-961-9294
DATE: 7/27/2021

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 04
District to Serve No.: 04
Signature of Authorized USMS Deputy or Clerk
Date: 8/31/2021

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED BY __PG__ D.C.
SEP 09 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Date: 8/31/2021
Time: 12:00 ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
$1,534,370.29 in USC served pursuant to Preliminary Order of Forfeiture.

Form USM-285
Rev. 03/21