UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES(s)

UNITED STATES OF AMERICA

v.

JOSHUA RYAN JOLES,

       Defendant.

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture in the above-captioned case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days.  *See* Exhibit 1.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    ACTING UNITED STATES ATTORNEY

By:   */s/ Nicole Grosnoff*
    Nicole Grosnoff
    Assistant United States Attorney
    Court ID No. A5502029
    nicole.s.grosnoff@usdoj.gov
    U.S. Attorney's Office
    99 Northeast Fourth Street, 7th Floor
    Miami, Florida 33132-2111
    Telephone: (305) 961-9294
    Facsimile: (305) 536-4089