UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20674-CR-GAYLES

UNITED STATES OF AMERICA,

vs.

JOSHUA RYAN JOLES, et al.,

       Defendants.
_____/

### DEFENDANT JOLES' UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE

      The Defendant, Joshua Ryan Joles, by and through undersigned counsel, hereby respectfully requests that this Honorable Court extend the Defendant's surrender date for a period of at least 60 days. In support thereof, the defendant states the following:

      1.    On July 30, 2021, the Court sentenced Mr. Joles to 76 months incarceration in the Bureau of Prisons followed by 3 years of supervised release.

      2.    At the time of sentencing, the Court granted the Defendant's request for self-surrender which was unopposed by the government.

      3.    Mr. Joles is set to surrender September 24, 2021.

      4.    Mr. Joles has been out on bond since his arrest and has complied with all conditions of the bond.

      5.    Furthermore, as part of his plea agreement, Mr. Joles agreed to cooperate with the government and the government agreed to evaluate his cooperation for purposes of a possible motion seeking a sentencing reduction.

6. Mr. Joles is still actively cooperating with the government. Extending Mr. Joles' current surrender date would make it considerably easier and more cost-effective to permit Mr. Joles to complete his cooperation before he begins to serve his prison sentence.

7. Additionally, Mr. Joles recently visited his 92-year-old grandmother in Chippewa Falls, Wisconsin. Mr. Joles' elderly grandmother is not in good health.

8. Mr. Joles respectfully requests time in order to say goodbye to his elderly grandmother, as well as get his remaining affairs in order.

9. Mr. Joles respectfully requests an extension of the self-surrender date to December 7, 2021.

10. On September 10, 2021, this Court granted a similar request by co-defendants Frank Alvarez, Mohammad Mehdi Salemi, and Jorge Isaac Paiz. (DE 407, DE 408, and DE 409).

11. Pursuant to Local Rule 88.9(a) of the Unites States District Court for the Southern District of Florida, undersigned counsel hereby certifies that she has discussed this motion with AUSA Walter Norkin who has no objection to this motion being granted.

**WHEREFORE**, the Defendant, Joshua Ryan Joles, moves this Honorable Court to grant this Unopposed Motion to Extend Self-Surrender Date.

Dated: September 20, 2021

Respectfully submitted,

TACHE, BRONIS, AND DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
Telephone:   (305) 537-9565
Facsimile:   (305) 537-9567

By: */s/ Marissel Descalzo*
   Marissel Descalzo, Esq.
   Florida Bar No. 669318
   mdescalzo@tachebronis.com

service@tachebronis.com
*Counsel for Joshua Ryan Joles*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed this day via CM/ECF and served on all counsel of record appearing on CM/ECF on this 20th day of September, 2021.

By: */s/ Marissel Descalzo*
Marissel Descalzo, Esq.