UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20674-CR-GAYLES

UNITED STATES OF AMERICA,

vs.

JOSHUA RYAN JOLES, et al.,

      Defendants.

_____/

## ORDER GRANTING DEFENDANT JOLES' UNOPPOSED MOTION TO EXTEND SELF-SURRENDER DATE

**THIS MATTER** is before the Court upon Defendant Joshua Ryan Joles' Unopposed Motion to Extend Self-Surrender Date. The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Defendant's Motion is **GRANTED**. Defendant shall self-surrender at the facility designated by the Bureau of Prisons on or before 12:00 p.m. on December 7, 2021.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of September 2021.

                                                                _____
                                                                 DARRIN P. GAYLES
                                                                 UNITED STATES DISTRICT JUDGE

cc: U.S. Marshals