UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20674-CR-GAYLES

UNITED STATES OF AMERICA,

vs.

JOSHUA RYAN JOLES, et al.,

    Defendants.
_____/

### ORDER ON JOSHUA RYAN JOLES' UNOPPOSED MOTION TO TRAVEL

THIS MATTER is before the Court on Joshua Ryan Joles' Unopposed Motion to Travel,

It is ORDER AND ADJUDGED that the Motion is **GRANTED**. Joshua Ryan Joles is to provide a detailed itinerary to his Probation Officer prior to leaving the District.

DONE AND ORDERED this 22nd day of November, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE