**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-20674-CR-GAYLES(s)(s)**

**UNITED STATES OF AMERICA**

vs.

**JOSHUA RYAN JOLES, et al.,**

   **Defendants.**
_____/

## AGREED MOTION TO EXTEND VOLUNTARY SURRENDER DATE

  The United States, with the agreement of the defendants identified herein, hereby moves to extend the voluntary surrender dates of defendants Joshua Ryan Joles, Mohammad Salemi, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, and Carlos Robin Gonzalez.

  As grounds therefor, the United States asserts the following:

  1. All of the aforesaid defendants have been cooperating with the United States.  As a result, all have been given voluntary surrender dates in late January or February, 2022.

  2. Defendant Stephen Manuel Costa is now set for trial during the April 25, 2022 trial period.  All of the aforesaid defendants are likely to be witnesses against him.  This case is data-intensive, and the charged conspiracy covered a time a time period of approximately six years.  Trial preparation with each witness will thus be time-consuming and detailed.

  3. The United States is also conducting ongoing investigations of additional targets related to this case, and some involved in separate conspiracies.  The aforesaid defendants are cooperating in these extended investigations.

  4. Undersigned government counsel has met with some of these cooperating defendants this month, and will also need to meet with some of them early next year.  Due to

COVID restrictions as well as space and manpower limitations, it would be extremely difficult to meet with them to prepare for trial, and to conduct ongoing investigations, if they are incarcerated.

5. COVID issues may affect the current trial setting for Stephen Costa. Accordingly, the United States is seeking some extra time for the defendants' surrender dates as a safety margin. Additionally, after the resolution of pending charges against the remaining defendants, in the event Rule 35 motions are filed and heard the defendants would all prefer to still be out. This could only occur after the conclusion of such trial.

Wherefor, the United States moves to extend the voluntary surrender date for the aforesaid defendants to Monday, June 13, 2022.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   /s/ Frank H. Tamen
Frank H. Tamen
Assistant United States Attorney
Florida Bar No. 0261289
99 NE 4th Street, Suite 723
Miami, FL 33132
(305) 961-9022 Office
(305) 536-7213 Facsimile
Frank.Tamen@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I filed the foregoing document with the Clerk of the Court and served copies upon counsel of record for the defendant via electronic mail on December 21, 2021.

  /s/ Frank H. Tamen
Frank H. Tamen
Assistant United States Attorney