UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20674-CR-GAYLES(s)

**UNITED STATES OF AMERICA**

vs.

**JOSHUA JOLES, et al.**

        **Defendants.**
_____/

## JOINT MOTION TO EXTEND VOLUNTARY SURRENDER DATE

The United States hereby moves to extend the voluntary surrender dates of defendants Joshua Joles, Mohammad Salemi, Frank Alvarez, Kadir Diaz, Jorge Paiz, Carlos Gonzalez, and Leah Solomon. These defendants join in this motion.

As grounds therefor, the parties assert the following:

1. The aforesaid defendants are currently scheduled to surrender to the Bureau of Prisons in mid-June, 2022.

2. The defendants have been on bond for a very substantial period of time, and none of them has violated any conditions of supervised release. All have been in full compliance.

3. All of these defendants are expected to be trial witnesses against Stephen Costa, who is set for trial beginning September 6, 2021. Undersigned Government counsel has interviewed all of them for that purpose and all have material information that is likely to be relevant and probative to the case.

4. Necessary trial preparation will require extensive additional meetings between the case prosecutor and the defendants, to prepare for trial testimony, review exhibits, and to generally organize the presentation of evidence. If the defendants are incarcerated, this trial preparation will

be exceedingly time-consuming and difficult to do. Under present conditions, it is difficult for attorneys to visit even their own clients in FDC.

5. Available interview rooms in the courthouse are often fully booked, and also may only be used for FDC inmates, not those at other BOP institutions. Cooperating defendants who have been designated to other institutions would necessitate travel by attorneys for both parties for pre-trial preparation, and subsequent transport of the inmates to FDC by the Marshals for trial.

For the forgoing reasons, it is in the interests of all concerned to extend the voluntary surrender dates so these witnesses can be readily available for trial preparation and for trial. Due to uncertainty as to when trial will actually commence, and its likely duration, a surrender date some time after the trial period is requested.

Wherefor, the United States, joined by defendants Joles, Salemi, Alvarez, Diaz, Paiz, and Gonzalez, move for an extension of the defendant's surrender date, until October 24, 2022.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  */s/ Frank H. Tamen*
Frank H. Tamen
Assistant United States Attorney
Florida Bar No. 0261289
99 NE 4th Street
Miami, FL 33132
(305) 961-9022 Office
Frank.Tamen@usdoj.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Frank H. Tamen*
Frank H. Tamen
Assistant United States Attorney