UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  19-20674-CR-GAYLES(s)(s)

**UNITED STATES OF AMERICA**

vs.

**JOSHUA JOLES, et al.**

        **Defendants.**
_____/

## AGREED MOTION TO EXTEND
## VOLUNTARY SURRENDER DATE

The United States hereby moves for an extension of the voluntary surrender date for defendants Kadir Diaz, Joshua Joles, Mohammad Salemi, Frank Alvarez, Jorge Paiz, Carlos Gonzalez, and Leah Solomon, currently set for June 26, 2023.  As grounds therefor, the United asserts the following:

    1.    Undersigned Government counsel is continuing to conduct an ongoing investigation into offenses about which various of these defendants have information.  A number of them have been recently interviewed in this connection.

    2.    Grand Jury presentations will be scheduled during the course of the next several weeks, but have not yet taken place.  In addition, undersigned counsel is working on Rule 35 motions, but needs to include any additional assistance the defendants may provide as a basis for such motions.  Hence the motions have not been completed and are not ripe for presentation.

    3.    Based on the complexity of the investigation, the number of Rule 35 motions to be filed and considered by the court, and the Government's agreement with defense counsel that it would be appropriate for the defendants to be present if there are hearings on the Rule 35 motions, an additional extension of the surrender date is warranted.  A potential trial by undersigned Government counsel and summer vacation plans have been taken into account in this motion.

Based on these factors, the United States and the defendants seek an extension to Monday, September 18, 2023.

*Wherefor*, the United States, with agreement of respective counsel, moves for an extension of the surrender dates for the aforementioned defendants.

                                  Respectfully submitted,

                                  MARKENZY LAPOINTE
                                  UNITED STATES ATTORNEY

By:   */s/ Frank H. Tamen*
       Frank H. Tamen
       Assistant United States Attorney
       Florida Bar No. 0261289
       99 NE 4th Street
       Miami, FL 33132
       (305) 961-9022 Office
       Frank.Tamen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                  */s/ Frank H. Tamen*
                                  Frank H. Tamen
                                  Assistant United States Attorney