**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  19-20674-CR-GAYLES(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

vs.

**JOSHUA RYAN JOLES, et al.,**

      **Defendants.**
_____/

**MOTION FOR SENTENCE REDUCTIONS**

      The United States hereby moves for sentence reductions for defendants Jorge Paiz, Kadir Diaz, Carlos Robin Gonzalez, Mohammad Salmi, Joshua Joles, and Frank Alvarez, pursuant to Federal Rule of Criminal Procedure 35(b).  As grounds therefore, the United States asserts that the aforesaid defendants have provided substantial assistance in the investigation and prosecution of other offenders.

      In essence, each of the defendants has been interviewed by federal agents and prosecutors on multiple occasions, has been forthright and truthful, has been fully cooperative, and has provided assistance contributing to the investigation and prosecution of multiple co-conspirators. All have provided detailed information, have looked through and identified photographs, and when available, have turned over copies of saved communications between themselves and other participants in the conspiracy.  All have been in full compliance with conditions of release for an extended period of time.

      The United States will submit a separate memorandum for each of these defendants, specifying the nature and results of his cooperation and the Government's recommendation, under

seal.  The sealing is needed because information about ongoing investigations may be reflected in the descriptions of some of the cooperating defendant's assistance to the Government.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:   /s/ Frank H. Tamen
        Frank H. Tamen
        Assistant United States Attorney
        Florida Bar No. 0261289
        99 NE 4th Street
        Miami, FL 33132
        (305) 961-9022 Office
        Frank.Tamen@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that November 14, 2023, I electronically provided a copy of the foregoing document with counsel for the specified defendants.

        /s/ Frank H. Tamen
        Frank H. Tamen
        Assistant United States Attorney