UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20674-CR-GAYLES

UNITED STATES OF AMERICA,

vs.

JOSHUA RYAN JOLES, et al.,

Defendants.
_____/

### ORDER ON MOTION ON DEFENDANT'S UNOPPOSED MOTION TO WAIVE APPEARANCE AT DECEMBER 12, 2023 HEARING

THIS MATTER is before the Court on Joshua Ryan Joles' Unopposed Motion to Waive Appearance at December 12, 2023 Hearing.

It is ORDER AND ADJUDGED that Joshua Ryan Joles' Motion is hereby GRANTED.

DONE AND ORDERED this 7th day of December, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE