UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20674-CR-GAYLES

UNITED STATES OF AMERICA,

vs.

JOSHUA RYAN JOLES, et al.,

    Defendants.
_____/

**ORDER ON JOSHUA RYAN JOLES' UNOPPOSED MOTION TO TRAVEL**

THIS MATTER is before the Court on Joshua Ryan Joles' Unopposed Motion to Travel,

It is ORDER AND ADJUDGED that the Motion is **GRANTED**.  Joshua Ryan Joles is to provide a detailed itinerary to his Probation Officer prior to leaving the District.

DONE AND ORDERED this _____ day of _____, 2023.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE