UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20674-CR-GAYLES

UNITED STATES OF AMERICA,

vs.

JOSHUA RYAN JOLES, et al.,

      Defendants.
_____/

### ORDER GRANTING DEFENDANT JOLES' MOTION TO EXTEND SELF-SURRENDER DATE

**THIS MATTER** is before the Court upon Defendant Joshua Ryan Joles' Motion to Extend Self-Surrender Date [ECF No. 862]. The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Defendant's Motion is **GRANTED**. Defendant shall self-surrender FCI Safford on or before 12:00 p.m. on February 5, 2024.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of December, 2023.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**