UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20674-CR-GAYLES

UNITED STATES OF AMERICA

v.

JOSHUA JOLES,

      **Defendant.**

_____/

**GOVERNMENT'S MOTION FOR SENTENCE REDUCTION**

The United States hereby moves for a reduction in the sentence of defendant Joshua Joles, pursuant to Federal Rule of Criminal Procedure 35(b).  As grounds therefore, the United States asserts the following:

1. The defendant was originally sentenced to 76 months in prison for his role in procuring wholesale quantities of diverted pharmaceuticals from various co-conspirators, and selling them to pharmacies that then dispensed them to patients.

2. The defendant's sentence was subsequently reduced to 51 months in response to a Government motion for reduction pursuant to F.R.Cr.P. 35(b).  That motion was premised on Joles' assistance in the prosecution of co-defendants Lazaro Hernandez and Eladio Vega and also, in lesser part, on assistance related to Boris Arencibia, who was indicted subsequently.

3. The United States had Joles transported from his BOP institution to FDC Miami to have him available as a trial witness against Arencibia.  Joles was kept at FDC Miami for several months due to unavoidable delays in Arencibia's trial date.  Arencibia has just now pled guilty.

4. Because of his stay at FDC, Joles was unable to continue in the Residential Drug Abuse Program (RDAP) he had begun in the BOP. Successful completion of the RDAP would have shortened Joles' sentence by approximately one year. In addition, Joles was unable to obtain other forms of gain time credit due to his transfer and retention in FDC.

5. Joles' counsel and undersigned Government counsel have assessed that he has had his sentence extended by approximately two years as a result of his being brought to FDC Miami as a prospective Government witness instead of remaining in his BOP institution. He originally had a release date of late June, 2025; his projected release date is now in June, 2027. Bureau of Prisons personnel have concurred with Government and defense counsels' conclusion that this approximate two year loss in gain time was brought about by Joles being transported to and remaining in FDC Miami.

6. The defendant should not be penalized for having made himself available as a trial witness for the Government.

*Wherefore*, the United States moves for a remedial reduction in the defendant's sentence, to time served. This will result in his release on approximately the same day as he would have been released if he had not been brought to FDC Miami as a Government trial witness. Defense counsel Marissel Descalzo concurs in this motion.

                                                Respectfully submitted,

                                                HAYDEN P. O'BRYNE
                                                UNITED STATES ATTORNEY

By:   /s/Frank H. Tamen
        FRANK H. TAMEN
        Assistant United States Attorney
        Florida Bar No. 261289
        99 Northeast 4th Street, Suite 700
        Miami, Florida 33132-2111
        Telephone: 305-961-9022
        Email: Frank.Tamen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                        By:  /s/ Frank H. Tamen
                                                 Frank H. Tamen
                                                 Assistant United States Attorney