| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:19CR20674-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-25-50214-PHX-DJH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District of Florida | Miami |
| Joshua Ryan Joles | NAME OF SENTENCING JUDGE | |
| | The Honorable Darrin P. Gayles, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/26/2025 | TO 06/25/2028 |

OFFENSE
Count II: Cosnpiracy to Traffic in Medical Products with False Dcoumentation, in violation of Title 18, U.S.C. § 670
Count III: Conspiracy to Commit Money Launderding, in violation of Title 18, U.S.C. § 1956(h)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
prosocial ties to the community

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___SOUTHERN___ DISTRICT OF ___FLORIDA___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Arizona___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/29/2025
*Date*

*DARRIN P. GAYLES*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___ARIZONA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/20/2025
*Effective Date*

*United States District Judge*

1