AOR,BNDDUTY,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: <u>1:19–cr–20674–DPG</u>–1

Case title: USA v. Costa

Date Filed: 10/17/2019

Date Terminated: 07/30/2021

Assigned to: Judge Darrin P. Gayles

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Joshua Ryan Joles**<br>20712–104<br>*YOB: 1983; English*<br>*TERMINATED: 07/30/2021* | represented by | **Marissel Descalzo**<br>Descalzo Law, P.A.<br>150 S.E. 2nd Avenue<br>Suite 600<br>Miami, FL 33131<br>305–489–1018<br>Fax: 305–489–3386<br>Email: md@DescalzoLaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| | AMENDED JUDGMENT: IMPRISONMENT: TIME SERVED. SUPERVISED RELEASE: Three (3) years, as to counts 2 and 3 of the Superseding Indictment, to run concurrent with each other. PRIOR JUDGMENT: IMPRISONMENT: 51 Months as to counts 2s and 3s of the Superseding Indictment, to run concurrent with each other. SUPERVISED |
| 18:670A.F Conspiracy to Traffic in Medical Products with False Documentation<br>(2s) | RELEASE: Three (3) years, as to counts 2 and 3 of the Superseding Indictment, to run concurrent with each other. Prior Imprisoned for a total term of 76 Months. This term consists of 60 Months as to Count Two and 76 Months as to Count Three of the Superseding Indictment. The term imposed in Count Two shall run concurrent to the term imposed in Count Three. Supervised Release for a term of Three (3) years, to each of Counts Two and Three of the Superseding Indictment, to run concurrent with each other. Total Assessment $200.00. |
| 18:1956–3300.F Conspiracy to Commit Money Laundering<br>(3s) | AMENDED JUDGMENT: IMPRISONMENT: TIME SERVED. SUPERVISED RELEASE: Three (3) years, as to counts 2 and 3 of the |

Superseding Indictment, to run concurrent with each other. IMPRISONMENT: 51 Months as to counts 2s and 3s of the Superseding Indictment, to run concurrent with each other. SUPERVISED RELEASE: Three (3) years, as to counts 2 and 3 of the Superseding Indictment, to run concurrent with each other. Prior Imprisoned for a total term of 76 Months. This term consists of 60 Months as to Count Two and 76 Months as to Count Three of the Superseding Indictment. The term imposed in Count Two shall run concurrent to the term imposed in Count Three. Supervised Release for a term of Three (3) years, to each of Counts Two and Three of the Superseding Indictment, to run concurrent with each other. Total Assessment $200.00.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO DELIVER MISBRANDED AND ADULTERATED DRUGS (1) | DISMISSED. |
| 18:371.F Conspiracy to Deliver Misbranded and Adultered Drugs (1s) | DISMISSED. |
| 18:670A.F CONSPIRACY TO TRAFFIC IN MEDICAL PRODUCTS WITH FALSE DOCUMENTATION (2) | DISMISSED. |
| 18:1956–3300.F CONSPIRACY TO COMMIT MONEY LAUNDERING – INTERSTATE COMMERCE (3) | DISMISSED. |
| 18:1956–3300.F MONEY LAUNDERING – INTERSTATE COMMERCE (4–5) | DISMISSED. |
| 18:1341.F MAIL FRAUD AND FORFEITURE COUNT (6–10) | DISMISSED. |
| 18:1956–3300.F Money Laundering (8s–9s) | DISMISSED. |

| 18:1341.F Mail Fraud | DISMISSED. |
| (10s−15s) | |

**Highest Offense Level**
**(Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Trustee**

**U.S. Bank, N.A. as Trustee for Angel Oak Mortgage Trust 2019−3**

**Plaintiff**

| **USA** | represented by | **Frank Tamen** |
|---|---|---|

United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305−961−9000
Fax: 536−7213
Email: Frank.Tamen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Walter M. Norkin**
Akrivis Law Group PLLC
1 SE 3rd Ave
Ste 2120
Miami, FL 33131
786−918−4120
Email: wnorkin@akrivislaw.com
*TERMINATED: 10/04/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nicole Grosnoff**
U.S. Attorney's Office
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132
(305) 961−9294
Email: nicole.s.grosnoff@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2019 | 1 | INDICTMENT as to Joshua Ryan Joles (1) count(s) 1, 2, 3, 4–5, 6–10; Mohammad Mehdi Salemi (2) count(s) 1, 2, 3, 4–5, 6–10; Angel Caminero Alvarez (3) count 3 and Leonides Herrera (4) count 3 AND FORFEITURE COUNT. (cg1) (Additional attachment(s) added on 10/23/2019: # 1 Restricted Unredacted Indictment) (nf). (Entered: 10/18/2019) |
| 10/17/2019 | | Attorney update in case as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera. Attorney Walter M. Norkin for USA added (dgj) (Entered: 10/29/2019) |
| 10/18/2019 | | SYSTEM ENTRY – Docket Entry 2 restricted/sealed until further notice. (cg1) (Entered: 10/18/2019) |
| 10/21/2019 | 3 | NOTICE OF ATTORNEY APPEARANCE Nicole Grosnoff appearing for USA. . Attorney Nicole Grosnoff added to party USA(pty:pla). (Grosnoff, Nicole) (Entered: 10/21/2019) |
| 10/28/2019 | | Arrest of Joshua Ryan Joles (br) (Entered: 10/29/2019) |
| 10/28/2019 | 8 | NOTICE OF ATTORNEY APPEARANCE: Marissel Descalzo appearing for Joshua Ryan Joles. Attorney Marissel Descalzo added to party Joshua Ryan Joles(pty:dft). (br) (Entered: 10/29/2019) |
| 10/28/2019 | 9 | Minute Order for proceedings held before Magistrate Judge Jacqueline Becerra: Initial Appearance and **ARRAIGNMENT** as to Joshua Ryan Joles (1) Count 1,2,3,4–5,6–10 held on 10/28/2019. Stipulated Bond set: Joshua Ryan Joles (1) $300,000 PSB. Conditions of Bond set for 11/4/2019 02:00 PM in Miami Division before Magistrate Judge Jacqueline Becerra. (Digital 14:11:25/14:54:49) \n\n PAPERLESS STANDING DISCOVERY ORDER: The defendant(s) having been arraigned this date in open Court, it is Ordered that within 14 days of the date of this order that all parties to this action shall review and comply with Southern District of Florida Local Rules 88.10 (Criminal Discovery), and 88.9(c) (Motions in Criminal Cases). Upon a sufficient showing, the Court may at any time, upon a properly filed motion, order that the discovery or inspection provided for by this Standing Order be denied, restricted or deferred, or make such other order as is appropriate. It is expected by the Court, however, that counsel for both sides shall make a good faith effort to comply with the letter and spirit of this Standing Order. It shall be the continuing duty of counsel for both sides to immediately reveal to opposing counsel all newly discovered information or other material within the scope of Local Rule 88.10. Signed by Magistrate Judge Jacqueline Becerra on 10/28/2019. (br) Modified on 10/29/2019 (br). (Entered: 10/29/2019) |
| 10/28/2019 | 10 | $300,000 PSB Bond Entered as to Joshua Ryan Joles Approved by Magistrate Judge Jacqueline Becerra. *Please see bond image for conditions of release.* (nf) (Additional attachment(s) added on 10/30/2019: # 1 Restricted Bond with 5th Page) (ra). (Entered: 10/29/2019) |
| 11/01/2019 | 15 | Joint MOTION to Continue */Adjourn Bond Hearing* by USA as to Joshua Ryan Joles. Responses due by 11/15/2019 (Norkin, Walter) (Entered: 11/01/2019) |
| 11/04/2019 | | |

| | | |
|---|---|---|
| | | Hearing re Conditions of Bond set for 11/4/2019 02:00 PM in Miami Division before Magistrate Judge Jacqueline Becerra as to Joshua Ryan Joles is cancelled. Order to follow. (dgj) (Entered: 11/04/2019) |
| 11/04/2019 | 16 | PAPERLESS ORDER. THIS CAUSE came before the Court on the Government's Joint Motion to Adjourn Hearing (Motion), ECF No. 15 . Upon consideration of the Government's Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion be GRANTED. The condition that Defendant shall not be allowed to buy or sell wholesale pharmaceuticals shall remain in place until further order from the Court. Either party may file a motion to modify this condition. All other bond conditions remain the same. Signed by Magistrate Judge Jacqueline Becerra on 11/4/2019. (nm00) (Entered: 11/04/2019) |
| 11/07/2019 | 23 | NOTICE OF LIS PENDENS as to Joshua Ryan Joles for property located at 16218 South 34th Way, Phoenix, Arizona 85048–7444. Grantees: Joshua R. Joles. (Grosnoff, Nicole) (Entered: 11/07/2019) |
| 11/20/2019 | 28 | ORDER SETTING TRIAL DATE as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Leonides Herrera. Calendar Call set for 1/3/2020 09:30 AM in Miami Division before Judge Darrin P. Gayles. Jury Trial set for 1/6/2020 in Miami Division before Judge Darrin P. Gayles. Signed by Judge Darrin P. Gayles on 11/20/2019. *See attached document for full details.* (drz) <br><br> ***Pattern Jury Instruction Builder –*** To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 11/20/2019) |
| 11/22/2019 | 29 | RESPONSE to Standing Discovery Order by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera (Tamen, Frank) (Entered: 11/22/2019) |
| 11/25/2019 | 30 | Unopposed MOTION for Protective Order by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera. Responses due by 12/9/2019 (Attachments: # 1 Exhibit 1 – Stipulation and Proposed Protective Order)(Norkin, Walter) (Entered: 11/25/2019) |
| 12/04/2019 | 31 | STATUS REPORT *on TRIAL SETTING* by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera (Tamen, Frank) (Entered: 12/04/2019) |
| 12/06/2019 | 32 | ORDER granting 30 Motion for Protective Order as to Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2), Angel Caminero Alvarez (3), Leonides Herrera (4). Signed by Judge Darrin P. Gayles on 12/5/2019. *See attached document for full details.* (drz) (Entered: 12/06/2019) |
| 12/11/2019 | 33 | Unopposed MOTION to Continue Trial *and Extend the Deadline to File Pretrial Motions* by Joshua Ryan Joles, Mohammad Mehdi Salemi. Responses due by 12/26/2019 (Srebnick, Howard) (Entered: 12/11/2019) |
| 12/11/2019 | 35 | MOTION to Adopt/Join 33 Unopposed MOTION to Continue Trial *and Extend the Deadline to File Pretrial Motions* by Leonides Herrera as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera. Responses due by 12/26/2019 (Kreiss, Jason) (Entered: 12/11/2019) |

| 12/12/2019 | 36 | SEALED MOTION to Seal (yha) Modified on 12/17/2019 (yha). (Entered: 12/13/2019) |
|---|---|---|
| 12/12/2019 | 37 | Sealed Order as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Sealed Defendant 5, Sealed Defendant 6, Sealed Defendant 7, Sealed Defendant 8, Sealed Defendant 9 re 36 Sealed Motion. GRANTED Signed by Magistrate Judge Jacqueline Becerra on 12/12/2019. (yha) Modified on 12/17/2019 (yha). (Entered: 12/13/2019) |
| 12/12/2019 | | Counts added: Joshua Ryan Joles (1) count(s) 1s, 2s, 3s, 8s−9s, 10s−15s, Mohammad Mehdi Salemi (2) count(s) 1s, 2s, 3s, 8s−9s, 10s−15s, Angel Caminero Alvarez (3) count(s) 3s, Leonides Herrera (4) count(s) 3s per 38 Superseding Indictment (yha) (Entered: 12/17/2019) |
| 12/16/2019 | 40 | PAPERLESS ORDER Granting 33 Unopposed Motion to Continue Trial as to Joshua Ryan Joles, Mohammad Mehdi Salemi, and Leonides Herrera. Time excluded from 12/11/2019 until 03/02/2020. ( Motions due by 2/3/2020., Calendar Call reset for 2/26/2020 09:30 AM in Miami Division before Judge Darrin P. Gayles., Jury Trial reset for 3/2/2020 09:30 AM in Miami Division before Judge Darrin P. Gayles.) Signed by Judge Darrin P. Gayles on 12/16/2019. (jcy) (Entered: 12/16/2019) |
| 01/02/2020 | 60 | MOTION to Adopt/Join 33 Unopposed MOTION to Continue Trial *and Extend the Deadline to File Pretrial Motions* by Adrian Cambara Ortiz as to Joshua Ryan Joles, Adrian Cambara Ortiz. Responses due by 1/16/2020 (Amster, Steven) (Entered: 01/02/2020) |
| 01/07/2020 | 68 | ORDER to Unseal 38 Superseding Indictment as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz. Signed by Magistrate Judge Jonathan Goodman on 1/7/2020. *See attached document for full details.* (nc) (Entered: 01/08/2020) |
| 01/13/2020 | 71 | NOTICE OF LIS PENDENS as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz for property located at 12131 Agana Street, Orlando, Florida 32837. Grantees: Aries Group LLC. (Grosnoff, Nicole) (Entered: 01/13/2020) |
| 01/14/2020 | 75 | Unopposed MOTION To Suspend Current Schedule and Set Status Conference for Early February by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz. Responses due by 1/28/2020 (Norkin, Walter) (Entered: 01/14/2020) |
| 01/24/2020 | 82 | PAPERLESS NOTICE OF HEARING on 75 Unopposed Motion To Suspend Current Schedule and Set Status Conference in case as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz. Motion Hearing set for 1/29/2020 10:00 AM in Miami Division before Judge Darrin P. Gayles. (jcy) (Entered: 01/24/2020) |
| 01/27/2020 | 83 | Supplemental RESPONSE to Standing Discovery Order by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian |

| | | Cambara Ortiz (Norkin, Walter) (Entered: 01/27/2020) |
|---|---|---|
| 01/29/2020 | 85 | PAPERLESS Minute Entry for proceedings held before Judge Darrin P. Gayles: Motion Hearing as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz held on 1/29/2020. The Court hears oral argument from the parties and continues the trial date until September 21, 2020 for the reasons stated on the record. Order to follow. Spanish Interpreter present. Attorney Appearance(s): Frank Tamen, Marissel Descalzo, Howard Milton Srebnick, Jason Wyatt Kreiss, Erik J. Lichter, Joaquin Mendez, Jr, David Michael Garvin, Kenneth Mitchell Swartz, Hector L. Flores, David Oscar Markus, Steven Edward Amster, Court Reporter: Patricia Diaz, 305−523−5178 / Patricia_Diaz@flsd.uscourts.gov. (jcy) (Entered: 01/30/2020) |
| 01/29/2020 | 86 | PAPERLESS ORDER Granting Unopposed Motion to Continue Trial as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz. Time excluded from 1/29/2020 until 9/21/2020. The Court granted a continuance and with a finding that all time between 1/29/2020 and 9/21/2020 is excluded under the Speedy Trial Act based on a finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial for the reasons set forth on the record during the hearing. Calendar Call reset for 9/9/2020 09:30 AM in Miami Division before Judge Darrin P. Gayles. Jury Trial reset for 9/21/2020 09:30 AM in Miami Division before Judge Darrin P. Gayles. Status Conference set for 7/22/2020 10:00 AM in Miami Division before Judge Darrin P. Gayles. Signed by Judge Darrin P. Gayles on 1/29/2020. (jcy) (Entered: 01/30/2020) |
| 02/07/2020 | 89 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Joshua Ryan Joles (Descalzo, Marissel) (Entered: 02/07/2020) |
| 02/10/2020 | 91 | NOTICE OF LIS PENDENS as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz for property located at 18250 NW 86 Avenue, Hialeah, Florida 33015. Grantees: FA INVESTMENTS GLOBAL LLC. (Grosnoff, Nicole) (Entered: 02/10/2020) |
| 02/10/2020 | 92 | NOTICE OF LIS PENDENS as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz for property located at 360 W 19th Street, Hialeah, Florida 33010. Grantees: Y & E INVESTMENTS HIALEAH LLC. (Grosnoff, Nicole) (Entered: 02/10/2020) |
| 02/10/2020 | 93 | NOTICE OF LIS PENDENS as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz for property located at 420 Blue Road, Coral Gables, Florida 33146. Grantees: Y AND E INVESTMENTS CORAL GABLES LLC. (Grosnoff, Nicole) (Entered: 02/10/2020) |
| 02/10/2020 | 94 | NOTICE OF LIS PENDENS as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz for property located at 829 Lorca Street, Coral Gables, Florida 33134. Grantees: CORAL GABLES GRANADA SEC REV. (Grosnoff, Nicole) (Entered: 02/10/2020) |
| 02/13/2020 | 97 | |

| | | Agreed MOTION for Protective Order by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz. Responses due by 2/27/2020 (Tamen, Frank) (Entered: 02/13/2020) |
|---|---|---|
| 02/20/2020 | 99 | ORDER granting 97 Stipulation of the parties Motion for Protective Order as to Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2), Angel Caminero Alvarez (3), Leonides Herrera (4), Frank Alvarez (5), Kadir Diaz (6), Jorge Isaac Paiz (7), Carlos Robin Gonzalez (8), Adrian Cambara Ortiz (9). Signed by Judge Darrin P. Gayles on 2/20/2020. *See attached document for full details.* (scn) (Entered: 02/20/2020) |
| 04/15/2020 | 113 | Third RESPONSE to Standing Discovery Order by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz (Norkin, Walter) (Entered: 04/15/2020) |
| 05/19/2020 | 118 | Fourth RESPONSE to Standing Discovery Order by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi (Norkin, Walter) (Entered: 05/19/2020) |
| 07/13/2020 | 153 | Unopposed MOTION to Continue *Status Conference from July 22, 2020, to a date the week of August 3, 2020 (and to allow the parties to appear via Zoom)* by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi. Responses due by 7/27/2020 (Norkin, Walter) (Entered: 07/13/2020) |
| 07/13/2020 | 154 | TRANSCRIPT of Status Conference as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz held on 01/29/2020 before Judge Darrin P. Gayles, 1–11 pages, Court Reporter: Patricia Diaz, 305–523–5178 / Patricia_Diaz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/3/2020. Redacted Transcript Deadline set for 8/13/2020. Release of Transcript Restriction set for 10/13/2020. (pdz) (Entered: 07/13/2020) |
| 07/15/2020 | 155 | PAPERLESS ORDER Granting 153 Unopposed Motion to Continue Status Conference as to Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2): Status Conference reset for 8/5/2020 10:00 AM in Miami Division before Judge Darrin P. Gayles. COUNSEL PLEASE NOTE THE CHANGE TO YOUR FILES. Signed by Judge Darrin P. Gayles on 7/15/2020. (jcy) (Entered: 07/15/2020) |
| 08/04/2020 | 156 | PAPERLESS NOTICE SETTING TELEPHONIC STATUS CONFERENCE by Joshua Ryan Joles, Mohammad Mehdi Salemi. Counsel may enter their appearances telephonically using the following dial–in information: Dial–in Number 888–273–3658; Access Code 7032614; Security Code 5170. Please dial in at least ten minutes before the Status Conference begins and wait until your case is called. (jcy) (Entered: 08/04/2020) |
| 08/05/2020 | 158 | PAPERLESS Minute Order for Status Conference held on 8/5/2020 before Judge Darrin P. Gayles as to Joshua Ryan Joles, Mohammad Mehdi Salemi. The Court hears oral argument from the parties on the unopposed oral tenus motion to continue the trial. The Court grants the motion for the reasons stated on the record, finding the time from August 5, 2020 through April 12, 2021 is excluded from the deadline for trial as computed under the Speedy Trial Act. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant |

| | | |
|---|---|---|
| | | and the public in a speedy trial. Time excluded from 08/05/2020 until 04/12/2021. The Court specially sets this case for trial. ( Calendar Call reset for 4/7/2021 09:30 AM in Miami Division before Judge Darrin P. Gayles., Jury Trial reset for 4/12/2021 09:30 AM in Miami Division before Judge Darrin P. Gayles.) Attorney Appearance(s): Frank Tamen, Walter M. Norkin, Marissel Descalzo. Alyssa Silvaggi, Defendants (Bond) presence waived. Court Reporter: Ilona Lupowitz, 305−523−5737 / ilona_lupowitz@flsd.uscourts.gov. Signed by Judge Darrin P. Gayles (jcy) Modified text on 3/6/2024 to reflect correct Court Reporter and contact information (bb). (Entered: 08/06/2020) |
| 11/19/2020 | 227 | Unopposed MOTION to Travel by Joshua Ryan Joles. (Descalzo, Marissel) (Entered: 11/19/2020) |
| 12/03/2020 | 232 | PAPERLESS ORDER Granting 227 Unopposed Motion to Travel as to Joshua Ryan Joles (1). The defendant shall be allowed to travel to Idaho from December 27, 2020 through January 5, 2021. The defendant shall notify the Court and Probation of any changes to this itinerary. Signed by Judge Darrin P. Gayles on 12/3/2020. (jcy) (Entered: 12/03/2020) |
| 02/09/2021 | 246 | NOTICE *RELEASE OF LIS PENDENS AS TO 18250 NW 86 Avenue, Hialeah, FL 33015* by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz re 91 Notice of Lis Pendens, (Grosnoff, Nicole) (Entered: 02/09/2021) |
| 02/09/2021 | 247 | NOTICE *RELEASE OF LIS PENDENS AS TO 420 Blue Road, Coral Gables, FL 33146* by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz re 93 Notice of Lis Pendens, (Grosnoff, Nicole) (Entered: 02/09/2021) |
| 02/09/2021 | 248 | NOTICE *RELEASE OF LIS PENDENS AS TO 360 W 19 Street, Hialeah, FL 33010* by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz re 92 Notice of Lis Pendens, (Grosnoff, Nicole) (Entered: 02/09/2021) |
| 04/05/2021 | 271 | PAPERLESS NOTICE OF CHANGE OF PLEA HEARING as to Joshua Ryan Joles. Change of Plea Hearing set for 5/27/2021 11:00 AM in Miami Division before Judge Darrin P. Gayles. The Government must email a factual proffer and any plea agreement to Jermaine_Creary@flsd.uscourts.gov by 6:00 p.m. on 5/24/2021. PLEASE NOTE THE CALENDAR CALL SCHEDULED FOR 4/7/2021 IS HEREBY CANCELLED AND THIS CASE IS REMOVED FROM THE 4/12/2021 TRIAL DOCKET AS TO THIS DEFENDANT. (jcy) (Entered: 04/05/2021) |
| 05/06/2021 | 280 | THIRD PARTY PETITION by UMB Bank, National Association as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz (Knopf, Allegra) Modified text/change to motion on 5/27/2021 (wc). (Entered: 05/06/2021) |
| 05/27/2021 | 293 | PAPERLESS Minute Entry for proceedings held before Judge Darrin P. Gayles: Change of Plea Hearing as to Joshua Ryan Joles held on 5/27/2021 via Zoom meeting. Joshua Ryan Joles (1) Guilty Count 2s,3s. Defendant knowingly and |

| | | |
|---|---|---|
| | | voluntarily changes plea to guilty. Court accepts Defendant's plea. Sentencing hearing set for 07/30/2021 at 11:00 AM. Order / Notice setting sentencing to follow. Attorney Appearance(s): Frank Tamen, Walter M. Norkin, Marissel Descalzo, Court Reporter: Sharon Velazco, 305−523−5636 / Sharon_PellVelazco@flsd.uscourts.gov. (ra) (Entered: 05/27/2021) |
| 05/27/2021 | 294 | FACTUAL PROFFER STATEMENT as to Joshua Ryan Joles. (ra) (Entered: 05/27/2021) |
| 05/27/2021 | 295 | PLEA AGREEMENT as to Joshua Ryan Joles. (ra) (Entered: 05/27/2021) |
| 05/27/2021 | 296 | PAPERLESS NOTICE OF SENTENCING HEARING as to Joshua Ryan Joles. Sentencing set for 7/30/2021 11:00 AM in Miami Division before Judge Darrin P. Gayles. <br><br> The sentencing will take place via video−conferencing (Zoom meeting). Counsel and U.S. Probation will receive a follow−up email with a Zoom meeting ID number and password. <br><br> THE PARTIES SHALL FILE ALL MOTIONS AND ANY OBJECTIONS TO THE PRE−SENTENCE INVESTIGATION REPORT 14 DAYS PRIOR TO THE SCHEDULED SENTENCING DATE. THE PARTIES SHALL NOTIFY THE COURT SEVEN DAYS PRIOR TO THE SENTENCING DATE IF THEY ANTICIPATE THE HEARING WILL LAST LONGER THAN 30 MINUTES. (ra) (Entered: 05/27/2021) |
| 06/01/2021 | 301 | Notice of Presentence Investigation Assignment of Joshua Ryan Joles to US Probation Officer Danielle Sylvester−Pierre in the Miami Wilkie D. Ferguson, Jr. U.S. Courthouse and she can be contacted at (305)523−5470 or Danielle_Sylvester−Pierre@flsp.uscourts.gov. (lrn) (Entered: 06/01/2021) |
| 06/10/2021 | 309 | MOTION to seal Second Superseding Indictment by USA (sl) Modified on 6/14/2021 (sl). (Entered: 06/14/2021) |
| 06/10/2021 | 310 | ORDER granting 309 Motion to seal Second Superseding Indictment. Signed by Magistrate Judge Lauren Fleischer Louis on 6/10/2021. *See attached document for full details.* (sl) (Entered: 06/14/2021) |
| 06/11/2021 | 308 | Order to Unseal as to Stephen M. Costa, et al. Signed by Magistrate Judge Lauren Fleischer Louis on 6/11/2021. (mdc) (Entered: 06/14/2021) |
| 06/14/2021 | 312 | CLERK'S NOTICE: Second Superseding Indictment unsealed on 6/11/21. (sl) (Entered: 06/14/2021) |
| 06/30/2021 | 339 | DRAFT Disclosure of Presentence Investigation Report of Joshua Ryan Joles. This is a limited access document. Report access provided to attorneys Nicole Grosnoff, Frank Tamen, Walter M. Norkin, Marissel Descalzo by USPO (Attachments: # 1 Position of Parties)(mpl1) (Entered: 06/30/2021) |
| 07/13/2021 | 350 | NOTICE *of Stipulation and Settlement Agreement* by USA as to Joshua Ryan Joles (Attachments: # 1 Exhibit) (Grosnoff, Nicole) (Entered: 07/13/2021) |
| 07/13/2021 | 351 | Unopposed MOTION to Approve Stipulation and Settlement Agreement re 350 Notice (Other) by USA as to Joshua Ryan Joles. Responses due by 7/27/2021 (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Grosnoff, Nicole) (Entered: 07/13/2021) |

| 07/13/2021 | 353 | ORDER granting 351 Unopposed Motion to Approve and Enter Stipulation and Settlement Agreement as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 7/13/2021. *See attached document for full details.* (ra) (Entered: 07/13/2021) |
|---|---|---|
| 07/17/2021 | 357 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT by Joshua Ryan Joles (Descalzo, Marissel) (Entered: 07/17/2021) |
| 07/22/2021 | 362 | MOTION for Forfeiture of Property by USA as to Joshua Ryan Joles. Responses due by 8/5/2021 (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Grosnoff, Nicole) (Entered: 07/22/2021) |
| 07/23/2021 | 367 | FINAL Addendum 1 Disclosure of REVISED Presentence Investigation Report of Joshua Ryan Joles. This is a limited access document. Report access provided to attorneys Nicole Grosnoff, Frank Tamen, Walter M. Norkin, Marissel Descalzo by USPO (Attachments: # 1 Addendum)(mcl1) (Entered: 07/23/2021) |
| 07/26/2021 | 368 | PRELIMINARY ORDER OF FORFEITURE granting 362 Motion for Forfeiture of Property as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 7/26/2021. *See attached document for full details.* (ra) (Entered: 07/26/2021) |
| 07/27/2021 | 369 | Agreed MOTION for Protective Order by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz, Stephen Manuel Costa, Leah Solomon, David Ramirez Garcia, Sr, Ruben Reynaldo Rodriguez Diaz, Rafael Angel Romero. Responses due by 8/10/2021 (Attachments: # 1 Exhibit 1 – Stipulation by Defendant Costa, # 2 Exhibit 2 – Stipulation by Defendant Rodriguez Diaz, # 3 Exhibit 3 – Stipulation by Defendant Romero, # 4 Exhibit 4 – Stipulation by Defendant Solomon and Government)(Norkin, Walter) (Entered: 07/27/2021) |
| 07/27/2021 | 372 | FINAL Addendum 2 Disclosure of Presentence Investigation Report of Joshua Ryan Joles. This is a limited access document. Report access provided to attorneys Nicole Grosnoff, Frank Tamen, Walter M. Norkin, Marissel Descalzo by USPO (Attachments: # 1 Addendum First, # 2 Addendum Second, # 3 Monthly Cash flow, # 4 Net Worth Statement, # 5 Financial Disclosure)(mpl1) (Entered: 07/27/2021) |
| 07/28/2021 | 376 | SENTENCING MEMORANDUM by Joshua Ryan Joles (Attachments: # 1 Exhibit A) (Descalzo, Marissel) (Entered: 07/28/2021) |
| 07/28/2021 | 377 | STIPULATION AND ORDER granting 369 Motion for Protective Order as to Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2), Angel Caminero Alvarez (3), Leonides Herrera (4), Frank Alvarez (5), Kadir Diaz (6), Jorge Isaac Paiz (7), Carlos Robin Gonzalez (8), Adrian Cambara Ortiz (9), Stephen Manuel Costa (10), Leah Solomon (11), David Ramirez Garcia Sr. (12), Ruben Reynaldo Rodriguez Diaz (13), Rafael Angel Romero (14). Signed by Judge Darrin P. Gayles on 7/27/2021. *See attached document for full details.* (ra) (Entered: 07/28/2021) |
| 07/29/2021 | 378 | OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT by Joshua Ryan Joles (Descalzo, Marissel) (Entered: 07/29/2021) |
| 07/30/2021 | 379 | PAPERLESS Minute Entry for proceedings held before Judge Darrin P. Gayles: Sentencing held on 7/30/2021 as to Joshua Ryan Joles. Imprisoned for a total term of 76 Months. This term consists of 60 Months as to Count Two and 76 Months as to Count Three of the Superseding Indictment. The term imposed in Count Two |

|  |  | shall run concurrent to the term imposed in Count Three. Supervised Release for a term of Three (3) years. Assessment $200.00 Total time in court: 45 minutes. Attorney Appearance(s): Nicole Grosnoff, Frank Tamen, Walter M. Norkin, Court Reporter: Yvette Hernandez, 305−523−5698 / Yvette_Hernandez@flsd.uscourts.gov. (ra). (Entered: 07/30/2021) |
|---|---|---|
| 07/30/2021 | 380 | JUDGMENT as to Joshua Ryan Joles (1), Count(s) 1, 10s−15s, 1s, 2, 3, 4−5, 6−10, 8s−9s, DISMISSED.; Count(s) 2s, Imprisoned for a total term of 76 Months. This term consists of 60 Months as to Count Two and 76 Months as to Count Three of the Superseding Indictment. The term imposed in Count Two shall run concurrent to the term imposed in Count Three. Supervised Release for a term of Three (3) years, to each of Counts Two and Three of the Superseding Indictment, to run concurrent with each other. Total Assessment $200.00.; Count(s) 3s, Imprisoned for a total term of 76 Months. This term consists of 60 Months as to Count Two and 76 Months as to Count Three of the Superseding Indictment. The term imposed in Count Two shall run concurrent to the term imposed in Count Three. Supervised Release for a term of Three (3) years, to each of Counts Two and Three of the Superseding Indictment, to run concurrent with each other. Total Assessment $200.00. Closing Case for Defendant. Signed by Judge Darrin P. Gayles on 7/30/2021. *See attached document for full details.* (ra) (Entered: 07/30/2021) |
| 08/11/2021 | 391 | Unopposed MOTION to Travel by Joshua Ryan Joles. (Attachments: # 1 Text of Proposed Order Proposed Order)(Descalzo, Marissel) (Entered: 08/11/2021) |
| 08/12/2021 | 392 | ORDER granting 391 Unopposed Motion to Travel as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 8/12/2021. *See attached document for full details.* (ra) (Entered: 08/12/2021) |
| 08/30/2021 | 397 | TRANSCRIPT of Sentencing via the Zoom platform as to Joshua Ryan Joles held on 07/03/2021 before Judge Darrin P. Gayles, 1 − 28 pages, Court Reporter: Yvette Hernandez, 305−523−5698 / Yvette_Hernandez@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2021. Redacted Transcript Deadline set for 9/30/2021. Release of Transcript Restriction set for 11/29/2021. (yhz) (Entered: 08/30/2021) |
| 09/09/2021 | 405 | Return of Service Executed on 8/31/2021 re 368 Order on Motion for Forfeiture of Property Service information − $101,577.57 in Funds from Wells Fargo Bank, N.A. Account Number 3263614848 (pes) (Entered: 09/10/2021) |
| 09/09/2021 | 406 | Return of Service Executed on 8/31/2021 re 368 Order on Motion for Forfeiture of Property Service information − $1,534,370.29 in Funds from First Credit Union Account Number 1030020296256 (pes) (Entered: 09/10/2021) |
| 09/15/2021 | 415 | SERVICE (Proof) by Publication by USA as to Joshua Ryan Joles Last Publication date 8/26/2021. Claims/Positions/Written Defenses/Answers/etc., due by 9/27/2021. (Attachments: # 1 Exhibit) (Grosnoff, Nicole) (Entered: 09/15/2021) |
| 09/20/2021 | 426 | Unopposed MOTION for Extension of Time Self−Surrender Date by Joshua Ryan Joles. Responses due by 10/4/2021 (Attachments: # 1 Text of Proposed Order Proposed Order)(Descalzo, Marissel) (Entered: 09/20/2021) |
| 09/20/2021 | 430 | ORDER granting 426 Unopposed Motion to Extend Surrender Date as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 9/20/2021. *See attached* |

|  |  | *document for full details.* (ra) (Entered: 09/20/2021) |
|---|---|---|
| 10/01/2021 | 450 | NOTICE *on Final Forfeiture* by USA as to Joshua Ryan Joles re 368 Order on Motion for Forfeiture of Property (Attachments: # 1 Exhibit) (Grosnoff, Nicole) (Entered: 10/01/2021) |
| 11/04/2021 | 468 | Unopposed MOTION for Extension of Time Time to Self–Surrender by Joshua Ryan Joles. Responses due by 11/18/2021 (Attachments: # 1 Text of Proposed Order Proposed Order)(Descalzo, Marissel) (Entered: 11/04/2021) |
| 11/05/2021 | 469 | PAPERLESS ORDER granting 468 Unopposed Motion to Extend Self–Surrender Date as to Joshua Ryan Joles (1). Defendant shall surrender to the designated facility or the United States Marshal for this District on or before **12:00 p.m. (Noon) on Tuesday, February 15, 2022**. Signed by Judge Darrin P. Gayles on 11/5/2021. (ra) (Entered: 11/05/2021) |
| 11/22/2021 | 477 | Unopposed MOTION to Travel by Joshua Ryan Joles. (Attachments: # 1 Text of Proposed Order Proposed Order)(Descalzo, Marissel) (Entered: 11/22/2021) |
| 11/22/2021 | 479 | ORDER granting 477 Unopposed Motion to Travel as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 11/22/2021. *See attached document for full details.* (ra) (Entered: 11/22/2021) |
| 12/21/2021 | 485 | Agreed MOTION for Extension of Time for Voluntary Surrender by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez. Responses due by 1/4/2022 (Tamen, Frank) (Entered: 12/21/2021) |
| 12/27/2021 | 486 | PAPERLESS ORDER granting 485 Agreed Motion to Extend Voluntary Surrender Date as to Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2), Frank Alvarez (5), Kadir Diaz (6), Jorge Isaac Paiz (7), Carlos Robin Gonzalez (8). **Defendants shall surrender to the designated facility or the United States Marshal for this District on or before 12:00 p.m. (Noon) on Monday, June 13, 2022**. Signed by Judge Darrin P. Gayles on 12/27/2021. (ra) (Entered: 12/27/2021) |
| 01/27/2022 | 495 | Unopposed MOTION to Travel by Joshua Ryan Joles. (Attachments: # 1 Text of Proposed Order Proposed Order)(Descalzo, Marissel) (Entered: 01/27/2022) |
| 01/27/2022 | 496 | ORDER granting 495 Motion to Travel as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 1/27/2022. *See attached document for full details.* (cqs) (Entered: 01/27/2022) |
| 05/03/2022 | 532 | Joint MOTION for Extension of Time for Voluntary Surrenders by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Leah Solomon. Responses due by 5/17/2022 (Tamen, Frank) (Entered: 05/03/2022) |
| 05/04/2022 | 533 | PAPERLESS ORDER granting 532 Motion for Extension of Time for Voluntary Surrender as to Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2), Frank Alvarez (5), Kadir Diaz (6), Jorge Isaac Paiz (7), Carlos Robin Gonzalez (8), Leah Solomon (11). **Defendants shall self–surrender at the facility designated by the Bureau of Prisons on or before 12:00 p.m. (Noon) on Monday, October 24, 2022.** Signed by Judge Darrin P. Gayles on 5/4/2022. (ra) (Entered: 05/04/2022) |
| 07/15/2022 | 570 | NOTICE of Compliance by Unsealing Third Superseding Indictment pursuant to 546 Order. (kpe) (Entered: 07/15/2022) |

| 09/14/2022 | 590 | PAPERLESS ORDER as to Lazaro Roberto Hernandez re 589 Defendant's MOTION to Modify Conditions of Release filed by Lazaro Roberto Hernandez. <br><br> Defendant failed to attach Exhibits A and B to his motion. He shall file them by September 15, 2022. <br><br> Signed by Magistrate Judge Jonathan Goodman on 9/12/2022. (JG) (Entered: 09/14/2022) |
|---|---|---|
| 09/26/2022 | 608 | MOTION to Withdraw as Attorney by Walter M. Norkin for / by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz, Stephen Manuel Costa, Leah Solomon, David Ramirez Garcia, Sr, Ruben Reynaldo Rodriguez Diaz, Rafael Angel Romero, Lazaro Roberto Hernandez, Eladio Vega. (Norkin, Walter) (Entered: 09/26/2022) |
| 10/03/2022 | 617 | Agreed MOTION for Extension of Time to Surrender to Prison by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Leah Solomon. Responses due by 10/17/2022 (Tamen, Frank) (Entered: 10/03/2022) |
| 10/04/2022 | 618 | PAPERLESS ORDER granting 608 Motion to Withdraw as Attorney. Walter M. Norkin withdrawn from case for USA as to all defendants. Signed by Judge Darrin P. Gayles on 10/4/2022. (ra) (Entered: 10/04/2022) |
| 10/04/2022 | 619 | PAPERLESS ORDER granting 617 Motion to Extend of Surrender Dates as to Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2), Frank Alvarez (5), Kadir Diaz (6), Jorge Isaac Paiz (7), Carlos Robin Gonzalez (8), Leah Solomon (11). **The Defendants shall surrender to the designated facility or the United States Marshal for this District on or before 12:00 p.m. (Noon) on Monday, April 24, 2023.** Signed by Judge Darrin P. Gayles on 10/4/2022. (ra) (Entered: 10/04/2022) |
| 11/29/2022 | 654 | Unopposed MOTION to Travel by Joshua Ryan Joles. (Descalzo, Marissel) (Entered: 11/29/2022) |
| 11/30/2022 | 658 | ORDER granting Unopposed 654 Motion to Travel as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 11/30/2022. *See attached document for full details.* (jas) (Entered: 11/30/2022) |
| 01/27/2023 | 686 | Unopposed MOTION to Travel by Joshua Ryan Joles. (Attachments: # 1 Text of Proposed Order Proposed Order)(Descalzo, Marissel) (Entered: 01/27/2023) |
| 01/30/2023 | 688 | ORDER granting 686 Unopposed Motion to Travel as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 1/30/2023. *See attached document for full details.* (ls) (Entered: 01/30/2023) |
| 04/11/2023 | 720 | Agreed MOTION for Extension of Time for Voluntary Surrender by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Leah Solomon. Responses due by 4/25/2023 (Tamen, Frank) (Entered: 04/11/2023) |
| 04/14/2023 | 721 | PAPERLESS ORDER granting 720 Agreed Motion for Extension of Time for Voluntary Surrender as to Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2), Frank Alvarez (5), Kadir Diaz (6), Jorge Isaac Paiz (7), Carlos Robin Gonzalez (8), Leah Solomon (11). **The Defendants shall surrender to the designated facility or** |

| | | |
|---|---|---|
| | | the United States Marshal for this District on or before 12:00 p.m. (Noon) on Monday, June 26, 2023. Signed by Judge Darrin P. Gayles on 4/14/2023. (ra) (Entered: 04/14/2023) |
| 06/06/2023 | 740 | Agreed MOTION for Extension of Time for Voluntary Surrender by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Leah Solomon. Responses due by 6/20/2023 (Tamen, Frank) (Entered: 06/06/2023) |
| 06/07/2023 | 741 | PAPERLESS ORDER granting 740 Agreed Motion to Extend Voluntary Surrender Date as to Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2), Frank Alvarez (5), Kadir Diaz (6), Jorge Isaac Paiz (7), Carlos Robin Gonzalez (8), Leah Solomon (11). The voluntary surrender date is extended to September 18, 2023. Signed by Judge Darrin P. Gayles on 6/7/2023. (wc) (Entered: 06/07/2023) |
| 07/24/2023 | 756 | Unopposed MOTION to Travel by Joshua Ryan Joles. (Attachments: # 1 Text of Proposed Order)(Descalzo, Marissel) (Entered: 07/24/2023) |
| 07/24/2023 | 759 | ORDER granting 756 Unopposed Motion to Travel as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 7/24/2023. *See attached document for full details.* (ra) (Entered: 07/25/2023) |
| 09/06/2023 | 768 | MOTION for Leave to File Sealed Motion to Extend the Surrender Date for Several Cooperating Defendants. (Attachments: # 1 Proposed Order) (scn) Modified to unseal on 9/9/2024 (scn). (Entered: 09/07/2023) |
| 09/07/2023 | | SYSTEM ENTRY – Docket Entry 769 restricted/sealed until further notice. (scn) (Entered: 09/07/2023) |
| 09/07/2023 | | SYSTEM ENTRY – Docket Entry 770 restricted/sealed until further notice. (ra) (Entered: 09/07/2023) |
| 09/07/2023 | | SYSTEM ENTRY – Docket Entry 771 restricted/sealed until further notice. (ra) (Entered: 09/07/2023) |
| 11/14/2023 | 791 | MOTION to Reduce Sentence Under Rule 35 by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez. Responses due by 11/28/2023 (Tamen, Frank) (Entered: 11/14/2023) |
| 11/15/2023 | | SYSTEM ENTRY – Docket Entry 796 restricted/sealed until further notice. (scn) (Entered: 11/15/2023) |
| 11/15/2023 | | SYSTEM ENTRY – Docket Entry 797 restricted/sealed until further notice. (scn) (Entered: 11/15/2023) |
| 11/16/2023 | 804 | Joint MOTION for Extension of Time for Voluntary Surrender by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez. Responses due by 11/30/2023 (Tamen, Frank) (Entered: 11/16/2023) |
| 11/20/2023 | | SYSTEM ENTRY – Docket Entry 805 restricted/sealed until further notice. (ra) (Entered: 11/20/2023) |
| 11/22/2023 | 811 | ORDER granting 804 Joint Motion to Extend Voluntary Surrender Date as to **Joshua Ryan Joles (1), Mohammad Mehdi Salemi (2), Frank Alvarez (5), Kadir Diaz (6), Jorge Isaac Paiz (7), Carlos Robin Gonzalez (8). The Defendants shall** |

| | | |
|---|---|---|
| | | **surrender to the designated facility or the United States Marshal for this District on or before 12:00 p.m. (Noon) on Friday, January 5, 2024.** Signed by Judge Darrin P. Gayles on 11/22/2023. *See attached document for full details.* (ra) (Entered: 11/22/2023) |
| 11/30/2023 | 814 | PAPERLESS ORDER Setting Hearing on 791 Motion to Reduce Sentence Under Rule 35 as to Joshua Ryan Joles. Motion Hearing set for 12/12/2023 at 11:00 AM in Miami Division before Judge Darrin P. Gayles at the Wilkie D. Ferguson U.S. Courthouse, 400 North Miami Avenue, Courtroom 11−1, 11th floor, Miami Florida. <br><br> Counsel of record and defendant are required to be present in courtroom 11−1 on the date and time specified in this order. Signed by Judge Darrin P. Gayles on 11/30/2023. (ra) (Entered: 11/30/2023) |
| 12/07/2023 | | SYSTEM ENTRY – Docket Entry 825 restricted/sealed until further notice. (scn) (Entered: 12/07/2023) |
| 12/07/2023 | | SYSTEM ENTRY – Docket Entry 826 restricted/sealed until further notice. (scn) (Entered: 12/07/2023) |
| 12/07/2023 | 827 | Unopposed MOTION Motion to Waive Appearance at December 12, 2023 Hearing by Joshua Ryan Joles. Responses due by 12/21/2023 (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Descalzo, Marissel) (Entered: 12/07/2023) |
| 12/08/2023 | | SYSTEM ENTRY – Docket Entry 828 restricted/sealed until further notice. (kpe) (Entered: 12/08/2023) |
| 12/08/2023 | 829 | ORDER granting 827 Defendant's Unopposed Motion to Waive Apperance as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 12/7/2023. *See attached document for full details.* (ogn1) (Entered: 12/08/2023) |
| 12/11/2023 | 830 | MOTION for Clarification *Re: Rule 35 Hearings* by USA as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Frank Alvarez, Jorge Isaac Paiz, Carlos Robin Gonzalez. Responses due by 12/27/2023 (Tamen, Frank) (Entered: 12/11/2023) |
| 12/12/2023 | 837 | PAPERLESS Minute Entry for proceedings held before Judge Darrin P. Gayles: Motion Hearing as to Joshua Ryan Joles held on 12/12/2023 re 791 MOTION to Reduce Sentence is hereby GRANTED. Total time in court: 15 minutes. Attorney Appearance(s): Frank Tamen, Marissel Descalzo. Court Reporter: Patricia Diaz, 305−523−5178 / Patricia_Diaz@flsd.uscourts.gov. (ogn1) (Entered: 12/12/2023) |
| 12/13/2023 | | SYSTEM ENTRY – Docket Entry 845 restricted/sealed until further notice. (scn) (Entered: 12/13/2023) |
| 12/13/2023 | 847 | AMENDED JUDGMENT as to Joshua Ryan Joles (1), Count(s) 1, 10s−15s, 1s, 2, 3, 4−5, 6−10, 8s−9s, DISMISSED.; Count(s) 2s, IMPRISONMENT: 51 Months as to counts 2s and 3s of the Superseding Indictment, to run concurrent with each Count(s) 3s, IMPRISONMENT: 51 Months as to counts 2s and 3s of the Superseding Indictment, to run concurrent with each other. Signed by Judge Darrin P. Gayles on 12/12/2023. *See attached document for full details.* (kpe) (Additional attachment(s) added on 12/15/2023: # 1 Supplement) (ogn1). (Entered: 12/13/2023) |
| 12/21/2023 | 856 | MOTION to Travel by Joshua Ryan Joles. (Attachments: # 1 Text of Proposed Order)(Descalzo, Marissel) (Entered: 12/21/2023) |
| 12/21/2023 | 857 | |

| | | ORDER granting 855 Motion to Extend Surrender Date as to Carlos Robin Gonzalez. Signed by Judge Darrin P. Gayles on 12/21/2023. *See attached document for full details.* (ra) (Entered: 12/21/2023) |
|---|---|---|
| 12/21/2023 | 858 | ORDER granting 856 Unopposed Motion to Travel as to Joshua Ryan Joles. Signed by Judge Darrin P. Gayles on 12/21/2023. *See attached document for full details.* (ra) (Entered: 12/21/2023) |
| 12/22/2023 | 862 | MOTION for Extension of Time to Extend Self–Surrender Date by Joshua Ryan Joles. Responses due by 1/5/2024 (Attachments: # 1 Text of Proposed Order)(Descalzo, Marissel) (Entered: 12/22/2023) |
| 12/22/2023 | 863 | ORDER granting 862 Motion to Extend Self–Surrender Date as to Joshua Ryan Joles (1). Signed by Judge Darrin P. Gayles on 12/22/2023. *See attached document for full details.* (ra) (Entered: 12/22/2023) |
| 09/18/2024 | 1003 | TRANSCRIPT of Motion Hearing as to Joshua Ryan Joles, Mohammad Mehdi Salemi, Angel Caminero Alvarez, Leonides Herrera, Frank Alvarez, Kadir Diaz, Jorge Isaac Paiz, Carlos Robin Gonzalez, Adrian Cambara Ortiz, Stephen Manuel Costa, Leah Solomon, David Ramirez Garcia, Sr, Ruben Reynaldo Rodriguez Diaz, Rafael Angel Romero, Lazaro Roberto Hernandez, Eladio Vega, LLC Wholesale Supply LLC, Boris Arencibia, Gustavo Linares Guzman, Jose Armando Rivera Garcia held on 09/05/2024 before Judge Darrin P. Gayles, 1–24 pages, Court Reporter: Patricia Diaz, 305–523–5178 / Patricia_Diaz@flsd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased by contacting the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/9/2024. Redacted Transcript Deadline set for 10/21/2024. Release of Transcript Restriction set for 12/17/2024. (pdz) (Entered: 09/18/2024) |
| 11/08/2024 | 1031 | ORDER granting in part and denying in part Defendant's 981 Motion for Bill of Particulars as to Boris Arencibia (18); denying the Government's 983 Motion to Strike or Summarily Deny Defendant Arencibia's Motion for Bill of Particulars as to Boris Arencibia (18); granting in part and denying in part Defendant's 974 Motion for Bill of Particulars as to Jose Armando Rivera Garcia (20). Signed by Magistrate Judge Lauren Fleischer Louis on 11/8/2024. *See attached document for full details.* (sag) (Entered: 11/08/2024) |
| 05/06/2025 | 1102 | PAPERLESS ORDER. This Cause is before the Court on the non–parties' Motions to Quash Subpoenas Duces Tecum 1025 , 1033 . The non–parties moved to quash subpoenas issued by Defendant Boris Arencibia. The undersigned conducted a hearing on the Motions and took the matter under advisement. In the interim, Defendant has, through counsel, moved to continue trial and indicated an intention to resolve this case without trial. At a status conference conducted on February 27, 2025, the Parties asked the Court to hold in abeyance the Motions, pending consolidation of this matter for resolution with another pending matter. *See* (ECF No. 1081).<br><br>The Court has now granted Defendant Arencibia's Motion to transfer the pending matter to the presiding Judge, which further represents that the Parties have entered into a plea agreement to resolve both actions. As such, the Motions to Quash are denied, as moot. Non–Party Gonzalez's 1049 Motion to Join and Adopt is granted. Signed by Magistrate Judge Lauren Fleischer Louis on 5/6/2025. (sag) (Entered: 05/06/2025) |

| 06/24/2025 | 1112 | Supplemental MOTION to Reduce Sentence Under Rule 35 by USA as to Joshua Ryan Joles. Responses due by 7/8/2025. (Tamen, Frank) (Entered: 06/24/2025) |
|---|---|---|
| 06/24/2025 | 1113 | PAPERLESS ORDER granting 1112 Motion to Reduce Sentence as to Joshua Ryan Joles. Signed by Judge Darrin P. Gayles on 6/24/2025. (ra) (Entered: 06/24/2025) |
| 06/24/2025 | 1114 | SECOND AMENDED JUDGMENT as to Joshua Ryan Joles Counts 1, 10s−15s, 1s, 2, 3, 4−5, 6−10, 8s−9s, DISMISSED.; IMPRISONMENT: TIME SERVED as to counts 2 and 3 of the Superseding Indictment. SUPERVISED RELEASE: Three (3) years, as to counts 2 and 3 of the Superseding Indictment, to run concurrent with each other. Total Assessment $200.00. Signed by Judge Darrin P. Gayles on 6/24/2025. *See attached document for full details.* (ra) (Entered: 06/24/2025) |

FILED BY _____ YH   D.C.

**Oct 17, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. **19-20674-CR-GAYLES/OTAZO-REYES**

18 U.S.C. § 371
18 U.S.C. § 670
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)
18 U.S.C. § 1341
18 U.S.C. § 982(a)(1)
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

**vs.**

**JOSHUA RYAN JOLES,**
**MOHAMMAD MEHDI SALEMI,**
**ANGEL CAMINERO ALVAREZ, and**
**LEONIDES HERRERA,**

   **Defendants.**
_____/

### INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

1.      The distribution and sale of prescription drugs in the United States is subject to

regulation under the Federal Food, Drug, and Cosmetic Act, Title 21, United States Code, Sections

331 et. seq. The purpose of the law is to ensure that patients taking prescription drugs receive

safe, effective, and properly labelled medicine.

2.      Accordingly, federal law, including Title 21, United States Code, Section 360eee-

1, generally requires that prescription drugs sold in the United States be accompanied by

transaction information and history, beginning with the manufacturer and covering each

subsequent seller, identifying, among other things, the product, the quantity, the lot number,

strength and dosage, the date of each sale, and the parties to each transaction.  Such transaction information and histories are referred to as "pedigrees."

3.      The introduction or delivery for introduction into interstate commerce of any drug that is adulterated or misbranded; the receipt in interstate commerce of any drug that is adulterated or misbranded and subsequent delivery of such drug is a violation of federal law, Title 21 U.S.C. §331(a) and (c).

4.      A drug is misbranded if its labeling is false or misleading, pursuant to Title 21, U.S.C. §352(a)(1).  "Labeling" includes written, printed, or graphic matter that is attached to or that accompanies the drug, or that is part of an integrated distribution system and that supplements, explains, or provides substantial information about the product.

5.      A drug is adulterated if any substance has been substituted in whole or in part for the drug, pursuant to Title 21, U.S.C. §351(d).

6.      The acceptance of ownership by a wholesale distributor of prescription drugs without transaction information and history (pedigree), and the failure to provide a transaction statement, information and history to a subsequent purchaser of a prescription drug, is a violation of federal law, Title 21 U.S.C. §§331(t) and 360eee-1 and 360eee-3.

## COUNT 1
### Conspiracy to Deliver Misbranded and Adulterated Drugs
### 18 U.S.C. §371

Paragraphs 1 through 6 of the General Allegations section of this Indictment are realleged and incorporated by reference as if fully set forth herein.

From an unknown date at least as early as in or around January, 2013, and continuing until on or about May 28, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### JOSHUA RYAN JOLES and
### MOHAMMAD MEHDI SALEMI,

agreed, conspired, and combined with each other and with others known and unknown to the Grand

Jury to commit offenses against the United States.    That is, the defendants conspired, with intent

to defraud,

(a) to introduce and deliver for introduction into interstate commerce adulterated and

misbranded drugs, in violation of Title 21, United States Code, Sections 331(a) and 333(a)(2);

(b) to receive in interstate commerce and deliver adulterated and misbranded drugs, in

violation of Title 21, United States Code, Section 331(c) and 333(a)(2), and

(c) to provide and to accept ownership of prescription drugs as wholesale distributors

without providing or obtaining transaction histories and information as required by Title 21, United

Sates Code, Section 360eee-1(c)(1)(A)(i) and (ii), in violation of Title 21, United States Code,

Sections 331(t) and 333(a)(2) .

### **MANNER AND MEANS OF THE CONSPIRACY**

The manner and means by which the defendants and their co-conspirators sought to

accomplish the objects of the conspiracy included, the following: (1) acquiring and establishing

licensed pharmaceutical wholesale companies for the purpose of carrying out the conspiracy;   (2)

buying expensive prescription medications, made to treat illnesses such as psychiatric disorders,

cancer, and HIV infections, from sources who had obtained them from theft and burglary and from

health care fraud, including buying them from patients who had received them at greatly reduced

prices through Medicare and Medicaid; (3) altering the labeling and preparing false and fraudulent

pedigrees for prescription drugs in order to make them appear to have been sent to the conspirators

through the legitimate means of commerce directly from the manufacturers, and (4) introducing

them back into interstate commerce by selling them to pharmacies.   Medicines obtained in this

3

manner are known as "diverted pharmaceuticals" or "diverted drugs".   The medicines ultimately were sold at full retail price to unsuspecting patients.

## OVERT ACTS

In furtherance of the conspiracy, and to achieve its objectives, at least one member of the conspiracy committed at least one of the following overt acts:

1.      In or around August 2013, defendant **Joshua Ryan Joles** provided another conspirator with instructions on how to prepare false pedigrees and invoices to support pharmaceutical sales.

2.      In or around 2013, defendant **Joshua Ryan Joles** took over management of LLC Wholesale Supply LLC in Tempe, Arizona, a licensed pharmaceutical wholesaler.

3.      On or about June 21, 2013, defendant **Mohammad Mehdi Salemi** purchased Wholesalers Group, Inc., a licensed pharmaceutical wholesale company based in Puerto Rico.

4.      On or about December 17, 2014, defendant **Mohammad Mehdi Salemi** opened Wholesalers Group, LLC as a Delaware company, using a mailbox in Burbank, California for its address.

5.      On or about December 31, 2014, a co-conspirator sent **Joshua Ryan Joles** an email offering him a shipment of drugs at 16% to 18% below the wholesale acquisition cost.

6.      During an approximately six month time period in 2016-2017, members of the conspiracy maintained an apartment on N.W. 12th Street in Miami, Florida, for storing diverted pharmaceuticals for sale in interstate commerce.

7.      During an approximately six month time period in 2016-2017, at an apartment on N.W. 12th Street in Miami, Florida, under direction of defendant **Mohammad Mehdi Salemi**, members of the conspiracy prepared fake and fraudulent pedigrees for numerous sales of diverted

4

pharmaceuticals by Wholesalers Group, Inc. to defendant **Joshua Ryan Joles** at LLC Wholesale Supply LLC.

8.     During an approximately six month time period in 2016-2017, at an apartment on N.W. 12th Street in Miami, Florida, members of the conspiracy removed the labels from bottles of pharmaceuticals showing the names of patients from whom the pharmaceuticals had been obtained, cleaned the bottles, and otherwise attempted to make the pharmaceuticals appear to be newly-manufactured when in fact they were diverted drugs.

9.     On numerous occasions between January 2013 and May 28, 2019, defendant **Joshua Ryan Joles** purchased shipments of diverted pharmaceuticals from defendant **Mohammad Mehdi Salemi** at prices substantially below the wholesale acquisition cost and substantially below the prices of such drugs on the legitimate market.

10.    On numerous occasions between January, 2013 and May 28, 2019, defendant **Joshua Ryan Joles** purchased diverted pharmaceuticals from defendant **Mohammad Mehdi Salemi**, which were shipped from Miami, Florida, and which were sent with incomplete and inaccurate pedigrees.

11.    On numerous occasions between January 2013 and May 28, 2019, defendant **Joshua Ryan Joles** sold diverted pharmaceuticals to pharmacies purchasing them for retail sales to patients.

12.    On or about March 28, 2019, in Tempe, Arizona, defendant **Joshua Ryan Joles** maintained in his possession more than one thousand seven hundred fifty bottles of diverted pharmaceuticals, which, if not adulterated and misbranded, would have been worth in excess of $3.5 million.   These diverted drugs were stored for shipment in a warehouse under his control as chief executive officer of LLC Wholesale Supply LLC.

13.     On or about May 28, 2019, in Tempe, Arizona, defendant **Joshua Ryan Joles** maintained in his possession numerous fake and fraudulent pedigrees in a warehouse under his control as chief executive officer of LLC Wholesale Supply LLC.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Conspiracy to Traffic in Medical Products with False Documentation
### 18 U.S.C. §670

From an unknown date at least as early as in or around January, 2013, and continuing until on or about May 28, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### JOSHUA RYAN JOLES and
### MOHAMMAD MEHDI SALEMI,

employed by and as agents of an organization in the supply chain for pre-retail medical products, knowingly and willfully agreed, conspired, and combined with each other and with others known and unknown to the Grand Jury to knowingly and falsely make and alter the labeling and documentation of pre-retail medical products, and to knowingly possess, transport, and traffic in pre-retail medical products involving false and altered labeling and documentation, in violation of Title 18, United States Code, Section 670(a)(2) and (3); all in violation of Title 18, United States Code, Section 670(a)(6) and (b)(1).

## COUNT 3
### Conspiracy to Commit Money Laundering
### 18 U.S.C. §1956(h)

From an unknown date at least as early as in or around January, 2013, and continuing until May 28, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

### JOSHUA RYAN JOLES,

**MOHAMMAD MEHDI SALEMI,**
**ANGEL CAMINERO ALVAREZ, and**
**LEONIDES HERRERA,**

knowingly and willfully combined, conspired, and agreed with each other and with others known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, that is:

(a)    to knowingly conduct financial transactions affecting interstate commerce which involved the proceeds of specified unlawful activity, knowing that the property involved in the transactions involved the proceeds of some form of unlawful activity, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, U.S.C. §1956(a)(1)(A), and

(b)    to knowingly conduct financial transactions affecting interstate commerce which involved the proceeds of specified unlawful activity, knowing that the property involved in the transactions involved the proceeds of some form of unlawful activity, knowing that the financial transactions were designed in whole or in part to conceal and disguise the nature, source, ownership and control of the proceeds of specified unlawful activity, in violation of Title 18 U.S.C. §1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity was mail fraud and wire fraud, in violation of Title 18 U.S.C. §§ 1341 and 1343.

All in violation of Title 18, United States Code, Section 1956(h).

**COUNT 4**
**Money Laundering**
**18 U.S.C. §1956(a)(1)(B)(i)**

On or about June 15, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSHUA RYAN JOLES and**
**MOHAMMAD MEHDI SALEMI,**

7

knowing that the property involved represented the proceeds of some form of unlawful activity, conducted a financial transaction involving the proceeds of specified unlawful activity, that is, the wire transfer of approximately $40,000 from account number XXX734 held at Citibank by MAS Express Corp. of Miami, Florida, to account number XXX848 held at Wells Fargo Bank by JJoles Enterprises, knowing that the transaction was designed in whole or in part to conceal or disguise the nature, source, ownership, or control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is mail fraud and wire fraud in violation of Title 18, United States Code, Sections 1341 and 1343.

### COUNT 5
**Money Laundering**
**18 U.S.C. §1956(a)(1)(B)(i)**

On or about August 24, 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSHUA RYAN JOLES and
MOHAMMAD MEHDI SALEMI,**

knowing that the property involved represented the proceeds of some form of unlawful activity, conducted a financial transaction involving the proceeds of specified unlawful activity, that is, the wire transfer of approximately $47,760 from account number XXX734 held at Citibank by MAS Express Corp. of Miami, Florida, to account number XXX848 held at Wells Fargo Bank by JJoles Enterprises, knowing that the transaction was designed in whole or in part to conceal or disguise the nature, source, ownership, or control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

It is further alleged that the specified unlawful activity is mail fraud and wire fraud in

violation of Title 18, United States Code, Sections 1341 and 1343.

## COUNTS 6-10
### Mail Fraud
### 18 U.S.C. §1341

From an unknown date at least as early as in or around January, 2013, and continuing until on or about May 28, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**JOSHUA RYAN JOLES and
MOHAMMAD MEHDI SALEMI,**

with intent to defraud, devised a scheme and artifice to defraud and to obtaining money by means of materially false and fraudulent pretenses and representations, for the purpose of executing such scheme to defraud, deposited and caused to be deposited things to be sent and delivered by commercial interstate carrier, and received such things therefrom.

## PURPOSE OF THE SCHEME

The purpose of the scheme to defraud was for the defendants and their accomplices to unlawfully enrich themselves by selling misbranded, adulterated and otherwise diverted drugs as if they were part of the legitimate pharmaceutical market.

## THE SCHEME TO DEFRAUD

As part of the scheme, the defendants obtained and sold pharmaceuticals as if they had been obtained and kept through legitimate methods of purchase, storage, transport, and sale of prescription pharmaceuticals, and had been provided directly by the manufacturers, when in fact they were diverted drugs bought from patients who had received them at discounted prices through Medicare and Medicaid, and obtained from health care fraud, cargo theft, and pharmacy burglaries. Such drugs may have been stored under improper conditions, some were past their expiration dates, and some were not what the labels represented them to be.

9

In order to effectuate their scheme, the defendants sold drugs with altered labels, and prepared and caused the preparation of pedigrees for such sales which were completely fabricated and false, providing false information to ultimate innocent purchasers about the nature and integrity of the drugs, their sources, and their transaction histories, in order to be able to sell them at normal market prices. In order to further disguise their origin, the defendants had the drugs shipped from Florida to Arizona with false and fraudulent information on the shipping records provided to the interstate carrier, misidentifying the address of the shipper.

By paying for such diverted drugs at extremely low prices and marketing them to pharmacy purchasers below the normal prices for legitimate drugs, the defendants were able to generate very large profits, at the cost of jeopardizing the health of patients who unknowingly bought the diverted drugs.

## USE OF COMMERCIAL INTERSTATE CARRIER

On or about the dates below, in the Southern District of Florida and elsewhere for the purpose of executing this scheme, the defendants knowingly caused the following shipments, among others, to be made by interstate carrier according to the directions thereon:

| Count | Approximate Shipment Date | Shipment Details | Shipped By | Shipped From | Shipped To |
|---|---|---|---|---|---|
| 6 | 06/16/2015 | One box | FedEx | "WGI US" in Miami, FL | "LLC Wholesale Supply" in Tempe, AZ |
| 7 | 03/03/2017 | One box | FedEx | "Wholesalers Group US" in Miami, FL | "LLC Wholesale Supply" in Tempe, AZ |
| 8 | 11/09/2017 | One box | FedEx | "Wholesalers Group US" in Miami, FL | "LLC Wholesale Supply" in Tempe, AZ |
| 9 | 05/29/2018 | Four boxes | FedEx | "Mohammad Salemi" in Miami, FL | "Wholesalers Group US" in Bellevue, WA |
| 10 | 04/09/2019 | Four boxes | FedEx | "MDS" in Miami, FL | "Wholesalers Group US" in Bellevue, WA |

In violation of Title 18, United States Code, Section 1341.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 982(a)(1))
### (18 U.S.C. § 981(a)(1)(C))

1.      The allegations contained in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **JOSHUA RYAN JOLES**, **MOHAMMAD MEHDI SALEMI**, **ANGEL CAMINERO ALVAREZ**, and **LEONIDIS HERRERA** have an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1956(h), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3.      Upon conviction of a violation of Title 18, United States Code, Section 1341, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

4.      The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, the following:

(i)      a sum of money, which represents the total amount of funds involved in the violation of Title 18, United States Code, Section 1956 alleged in the Indictment and which may be sought as a forfeiture money judgment;

(ii)     real property located at 16218 South 34th Way, Phoenix, Arizona, 85048-7444;

(iii)    real property located 10101 SW 124th Avenue, Miami, Florida, 33186;

11

(iv)    real property located at 3223 Evergreen Point Road, Medina, Washington, 98039

(v)    Account number 1030020296256 at First Credit Union in the name of LLC WHOLESALE SUPPLY LLC;

(vi)    Account number 331178779 at JP Morgan Chase Bank held in the name of Harvard Distributor Group

(vii)    Account number 898092625825 at Bank of America in the name of Harvard Distributor Group;

(viii)    Account number 4358061730 at TD Bank in the name of Harvard Distributor Group;

(ix)    Account number 9117877642 at Citibank in the name of Mohammad Salemi;

(x)    Account number 59685357bccc1e0176a03bb3 at Coinbase.com in the name of Mohammed Salemi;

(xi)    Account number 3757-2732 at E*TRADE Securities LLC in the name of Mohammed Salemi;

(xii)    Account number 113075979 at JP Morgan Chase Bank in the name of Wholesaler's Group of Washington LLC;

(xiii)    Account number 9118166734 at Citibank in the name of MAS Express Corporation;

(xiv)    Account number 3263614848 at Wells Fargo Bank in the name of JJoles Enterprises LLC; and

(xv)    Account number 5a21a84cbb6c11012d9d75ff at Coinbase.com in the name of Joshua Joles

5.      If any of the property subject to forfeiture, as a result of any act or omission of the

defendants:

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third party;

      c.  has been placed beyond the jurisdiction of the court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be divided without
         difficulty.

the United States shall be entitled to forfeiture of substitute property under the provisions of Title

21, United States Code, Section 853(p).:

    All pursuant to Title 18, United States Code, Sections 982(a)(1) and 981(a)(1)(C) and the

procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18,

United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY

_____
WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSHUA RYAN JOLES, et al.,

_____/
Defendants.

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

| ✓ | Miami | ___ | Key West |
|---|---|---|---|
| ___ | FTL | ___ | WPB | ___ FTP |

New defendant(s)          Yes ___    No ___
Number of new defendants          ___
Total number of counts          ___

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     No_____
    List language and/or dialect     _____

4.  This case will take     8     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

| I | 0 to 5 days | ___ |
| II | 6 to 10 days | ✓ |
| III | 11 to 20 days | ___ |
| IV | 21 to 60 days | ___ |
| V | 61 days and over | ___ |

    (Check only one)

| Petty | ___ |
| Minor | ___ |
| Misdem. | ___ |
| Felony | ✓ |

6.  Has this case previously been filed in this District Court?     (Yes or No) No_____
    If yes: Judge _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No) No_____
    If yes: Magistrate Case No. _____
    Related miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)   No_____

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?          Yes ___     No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?          Yes ___     No ✓

_____
FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0261289

\*Penalty Sheet(s) attached                                        REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: JOSHUA RYAN JOLES

**Case No:**_____

Count #: 1

Conspiracy to Deal in Misbranded Drugs

Title 18,  United States Code, Section 371

**\* Max.Penalty**: Five Years'  Imprisonment

Count #: 2

Conspiracy to Traffic in Medical Products with False Documentation

Title 18, United States Code, Section 670

**\* Max.Penalty**:  Twenty Years' Imprisonment

Count #:3

Money Laundering Conspiracy

Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:  Twenty Years' Imprisonment

Count #:4 and 5

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\* Max.Penalty**:  Twenty Years' Imprisonment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: JOSHUA RYAN JOLES

**Case No:**

Count #: 6-10

Mail Fraud

Title 18, United States Code, Section 1341

\* **Max.Penalty**: Twenty Years' Imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name**: MOHAMMAD MEHDI SALEMI

**Case No:**

Count #: 1

Conspiracy to Deal in Misbranded Drugs

Title 18,  United States Code, Section 371

**\* Max.Penalty**:  Five Years'  Imprisonment

Count #: 2

Conspiracy to Traffic in Medical Products with False Documentation

Title 18, United States Code, Section 670

**\* Max.Penalty**:  Twenty Years' Imprisonment

Count #:3

Money Laundering Conspiracy

Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**:  Twenty Years' Imprisonment

Count #:4 and 5

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\* Max.Penalty**:  Twenty Years' Imprisonment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: MOHAMMAD MEHDI SALEMI

**Case No**:

Count #: 6-10

Mail Fraud

Title 18,  United States Code, Section 1341

* **Max.Penalty**: Twenty Years' Imprisonment

\* **Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: ANGEL CAMINERO ALVAREZ

**Case No:**

Count #: 3

Money Laundering Conspiracy

Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**: Twenty Years' Imprisonment

**\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** LEONIDES HERRERA

**Case No:**

Count #: 3

Money Laundering Conspiracy

Title 18, United States Code, Section 1956(h)

**\* Max.Penalty**: Twenty Years' Imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § **SECOND AMENDED JUDGMENT IN A CRIMINAL CASE** |
| | § |
| v. | § |
| | § Case Number: **1:19-CR-20674-DPG(1)** |
| **JOSHUA RYAN JOLES** | § USM Number: **20712-104** |
| Date of Original Judgment: 7/30/2021 [ECF No. 380] | § |
| | § Counsel for Defendant: **Marissel Descalzo** |
| | § Counsel for United States: **Frank Tamen** |
| | § Court Reporter: **Yvette Hernandez** |

**THE DEFENDANT:**

| | |
|---|---|
| ☒ | **pleaded guilty to counts 2 and 3 of the Superseding Indictment.** |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court |
| ☐ | was found guilty on count(s) after a plea of not guilty |

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U.S.C. § 670 / Conspiracy to traffic in medical products with false documentation | 05/28/2019 | 2s |
| 18 U.S.C. § 1956(h) / Conspiracy to commit money laundering | 05/28/2019 | 3s |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has been found not guilty on count(s)

☒    **Counts 1, 8 through 15 of the Superseding Indictment are dismissed on the motion of the United States.**

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**July 30, 2021**
Date of Imposition of Judgment

Signature of Judge

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**June 24, 2025**
Date

AO 245C (Rev. FLSD 4/25) Amended Judgment in a Criminal Case                                    Judgment -- Page 2 of 8

DEFENDANT:          JOSHUA RYAN JOLES
CASE NUMBER:        1:19-CR-20674-DPG(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TIME SERVED**.

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the designated facility and/or the United States Marshal for the District in which he resides.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐    before 2 p.m. on
      ☐    as notified by the United States Marshal.
      ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. FLSD 4/25) Amended Judgment in a Criminal Case — — — Judgment -- Page 3 of 8

DEFENDANT:          JOSHUA RYAN JOLES
CASE NUMBER:     1:19-CR-20674-DPG(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on Supervised Release for a term of **Three (3) years, to each of Counts Two and Three of the Superseding Indictment, to run concurrent with each other.**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐  The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.  ☐  You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5.  ☒  You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.  ☐  You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.  ☐  You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245C (Rev. FLSD 4/25) Amended Judgment in a Criminal Case                                                        Judgment -- Page 4 of 8

DEFENDANT:          JOSHUA RYAN JOLES
CASE NUMBER:        1:19-CR-20674-DPG(1)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at www.flsp.uscourts.gov.

Defendant's Signature _____          Date _____

AO 245C (Rev. FLSD 4/25) Amended Judgment in a Criminal Case

DEFENDANT:        JOSHUA RYAN JOLES
CASE NUMBER:      1:19-CR-20674-DPG(1)

## SPECIAL CONDITIONS OF SUPERVISION

**Association Restriction:** The defendant is prohibited from associating with codefendants while on probation/supervised release.

**Employment Requirement:** The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days unless excused for schooling, training, or other acceptable reasons. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer.

**Financial Disclosure Requirement:** The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

**Mental Health Treatment:** The defendant shall participate in an approved inpatient/outpatient mental health treatment program. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment.

**No New Debt Restriction:** The defendant shall not apply for, solicit or incur any further debt, included but not limited to loans, lines of credit or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining permission from the United States Probation Officer.

**Permissible Search:** The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer.

**Related Concern Restriction:** The defendant shall not own, operate, act as a consultant, be employed in, or participate in any manner, in any related concern during the period of supervision.

**Self-Employment Restriction:** The defendant shall obtain prior written approval from the Court before entering any self-employment.

**Substance Abuse Treatment:** The defendant shall participate in an approved treatment program for drug and/or alcohol abuse and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment. The defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third-party payment.

**Unpaid Restitution, Fines, or Special Assessments:** If the defendant has any unpaid amount of restitution, fines, or special assessments, the defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay.

AO 245C (Rev. FLSD 4/25) Amended Judgment in a Criminal Case

Judgment -- Page 6 of 8

DEFENDANT:          JOSHUA RYAN JOLES
CASE NUMBER:        1:19-CR-20674-DPG(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments page.

|        | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|--------|-----------|-------------|------|------------------|-------------------|
| **TOTALS** | **$200.00** | $.00 | $.00 | | |

☐   The determination of restitution is deferred until      An *Amended Judgment in a Criminal Case (AO245C)* will be entered
after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C.
§ 3664(i), all nonfederal victims must be paid before the United States is paid.

☐   Restitution amount ordered pursuant to plea agreement $

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before
the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the schedule of
payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the      ☐   fine          ☐   restitution

☐   the interest requirement for the      ☐   fine          ☐   restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, 18 U.S.C. §2259.
** Justice for Victims of Trafficking Act of 2015, 18 U.S.C. §3014.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after
September 13, 1994, but before April 23, 1996.

AO 245C (Rev. FLSD 4/25) Amended Judgment in a Criminal Case                    Judgment -- Page 7 of 8

DEFENDANT:          JOSHUA RYAN JOLES
CASE NUMBER:        1:19-CR-20674-DPG(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    ☒    Lump sum payments of **$200.00** due immediately.

**It is ordered that the Defendant shall pay to the United States a special assessment of $200.00 for Counts 2s and 3s, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court. Payment is to be addressed to:**

> **U.S. CLERK'S OFFICE**
> **ATTN: FINANCIAL SECTION**
> **400 NORTH MIAMI AVENUE, ROOM 8N09**
> **MIAMI, FLORIDA 33128-7716**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several
      See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☒    **The defendant shall forfeit the defendant's interest in the following property to the United States: The Preliminary Order of Forfeiture filed on 7/26/2021 (DE 368) is incorporated by reference herein.**

AO 245C (Rev. FLSD 4/25) Amended Judgment in a Criminal Case                     Judgment -- Page 8 of 8

DEFENDANT:          JOSHUA RYAN JOLES
CASE NUMBER:        1:19-CR-20674-DPG(1)

## REASON FOR AMENDMENT

Reason for Amendment:
- ☐  Correction of Sentence on Remand (18 U.S.C. § 3742(f)(1) and (2))
- ☐  Modification of Supervision Conditions (18 U.S.C. § 3563(c) or § 3583(e))
- ☐  Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b)).
- ☐  Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐  Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- ☐  Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐  Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 35(a))
- ☐  Direct Motion to District Court Pursuant to
              ☐    28 U.S.C. § 2255       ☐    18 U.S.C. § 3559(c)(7), or
- ☐  Modification of Restitution Order (18 U.S.C.  § 3664)

**REASON FOR AMENDMENT:**

- ☐  Correction of sentence on remand (18 U.S.C. 3742(f)(1) and (2))
- **X  Reduction of Sentence for Changed Circumstances (Fed.R.Crim.P.35(b))**
- ☐  Correction of Sentence by Sentencing Court (Fed.R.Crim.P.36)
- ☐  Correction of Sentence for Clerical Mistake (Fed.R.Crim.P.36)

- ☐  Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐  Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐  Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) top the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐  Direct Motion to District Court Pursuant to ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
- ☐  Modification of Restitution Order (18 U.S.C. § 3664)