UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20674-GAYLES(s)(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA

v.

JOSHUA RYAN JOLES,

MOHAMMAD MEHDI SALEMI,

LEONIDES HERRERA,

KADIR DIAZ,

JORGE ISAAC PAIZ,

ADRIAN CAMBARA ORTIZ,

LEAH SOLOMAN,

STEPHEN COSTA,

RUBEN REYNALDO RODRIGUEZ DIAZ,

RAFAEL ANGEL ROMERO,

ELADIO VEGA,

LAZARO HERNANDEZ,

LLC WHOLESALE SUPPLY LLC,

BORIS ARENCIBIA,

GUSTAVO LINARES GUZAMN, and

JOSE ARMANDO RIVERA GARCIA,

    **Defendants.**

## NOTICE OF PARTIAL SATSIFACTION OF FORFEITURE MONEY JUDGMENTS

The United States gives notice of the partial satisfaction of the forfeiture money judgments entered against Joshua Ryan Joles ("Joles"), Mohammad Mehdi Salemi ("Salemi"), Leonides Herrera ("Herrera"), Kadir Diaz ("Diaz"), Jorge Isaac Paiz ("Paiz"), Adrian Cambara Ortiz ("Cambara"), Leah Soloman ("Soloman"), Stephen Costa ("Costa"), Ruben Reynaldo Rodriguez Diaz ("Rodriguez"), Rafael Angel Romero ("Romero"), Eladio Vega ("Vega"), Lazaro Hernandez ("Hernandez"), LLC Wholesale Supply LLC ("LLC"), Boris Arencibia ("Arencibia"), Gustavo Linarez Guzman ("Linares"), and Jose Armando Rivera Garcia ("Rivera") (collectively, "Defendants") in in the above-captioned case. In support the United States submits the following.

This Court previously entered preliminary orders of forfeiture ordering the entry of the following forfeiture money judgments against the Defendants:

| Defendant | Forfeiture Money Judgment Amount | Dkt. No. |
|---|---|---|
| Joles | $2,750,000.00 | 368 |
| Salemi | $78,447,714.03 | 242 |
| Herrera | $500,000.00 | 161 |
| Diaz | $1,060,349.41 | 205 |
| Paiz | $4,496,898.75 | 203 |
| Cambara | $50,000.00 | 204 |
| Soloman | $1,530,837.00 | 475 |
| Costa | $78,000,000.00 | 1088 |
| Rodriguez | $22,000.00 | 456 |
| Romero | $10,000,000.00 | 690 |
| Vega | $200,000.00 | 737 |
| Hernandez | $78,000,000.00 | 727 |
| LLC | $98,000,000.00 | 657 |
| Arencibia | $7,300,000.00 | 1153 |
| Linares | $262,736.00 | 1084 |
| Rivera | $7,300,000.00 | 1140 |

The following assets have been finally forfeited to the United States:

| Defendant | Asset | Dkt. No. | Approximate Disposition Value |
|---|---|---|---|
| Joles | Approximately $213,356.48 in lieu of the real property located at 16218 South 34th Way, Phoenix, Arizona, 85048-7444 | 450 | $206,950.34 |
| Joles | Account number 1030020296256 at First Credit Union in the name of LLC | 450 | $1,488,299.96 |
| Joles | Account number 3263614848 at Wells Fargo Bank in the name of JJoles Enterprises LLC | 450 | $98,527.65 |
| Joles | Account number 5a21a84cbb6c11012d9d75ff at Coinbase.com in the name of Joshua Joles | 450 | $618,393.57 |
| Salemi | Account number 331178779 at JP Morgan Chase Bank held in the name of Harvard Distributor Group | 342 | $11.58 |
| Salemi | Account number 898092625825 at Bank of America in the name of Harvard Distributor Group | 342 | $8,979.77 |
| Salemi | Account number 4358061730 at TD Bank in the name of Harvard Distributor Group | 342 | $3,009.42 |
| Salemi | Account number 9117877642 at Citibank in the name of Mohammad Salemi | 342 | $252,306.32 |
| Salemi | Account number 59685357bccc1e0176a03bb3 at Coinbase.com in the name of Mohammed Salemi | 342 | $772,778.86 |
| Salemi | Account number 3757-2732 at E*TRADE Securities LLC in the name of Mohammed Salemi | 342 | $99,477.31 |
| Salemi | Account number 113075979 at JP Morgan Chase Bank in the name of Wholesaler's Group of Washington LLC | 342 | $9,821.87 |
| Salemi | Account number 9118166734 at Citibank in the name of MAS Express Corporation | 342 | $71,382.67 |
| Salemi | Real property located 10101SW 124th Avenue, Miami, FL 33186 | 500 | $174,908.97 |
| Salemi | $1,793,975.12 in lieu of real property located at 3223 Evergreen Point Road, Medina, Washington 98039 | 519 | $1,793,975.12 |
| Salemi | account number 1102777206 at Columbia State Bank | 936 | $5,632.00 |
| Diaz | $52,538.23 in U.S. currency representing the Defendant's interest in the proceeds of the sale of the real property located at 829 Lorca Street, Coral Gables, Florida 33134 | 270 | $52,538.23 |
| Paiz | Account number 502790233 at Centennial Bank in the name of COPA Financial, LLC | 275 | $87,684.38 |
| Paiz | Account number 502923006 at Centennial Bank in the name of COPA Financial, LLC | 275 | $18,913.94 |
| Paiz | Account number 595f93aefe9a1701516902bf at Coinbase.com in the name of the Jorge Paiz | 275 | $630,829.08 |
| Paiz | Account number | 275 | $294,618.20 |

3

| Defendant | Asset | Dkt. No. | Approximate Disposition Value |
|---|---|---|---|
| | 3JfdFvTQBLURpPVHp2jb6QRpwBnEiZsmkh at Xapo, Inc. | | |
| Paiz | Real property located at 13849 SW 283rd Terrace, Miami, Florida 33033 | 275 | $314,714.73 |
| Paiz | A 2017 GMC Sierra 1600 bearing Vehicle Identification Number, 3GTP1NEC7HG434693 | 275 | $29,859.15 |
| Paiz | Real property located at 12131 Agana Street, Orlando, Florida 32837 | 527 | $283,060.26 |
| Paiz | Real property located at 15022 SW 143rd Terrace Miami, Florida 33196 | 527 | $353,581.93 |
| Paiz | $174,826.10 in lieu of real property located at 6717 Park Strand Drive, Apollo Beach, Florida 33572 | 386 | $174,821.07 |
| Solomon | account number 138119725258 at Bank of America in the name of Leah Solomon | 552 | $289,018.84 |
| Solomon | account number 138118424806 in the name of ABA-BROKERS LLC | 552 | $7.63 |
| Solomon | account number 138124068094 in the name of Leah Solomon | 552 | $222.59 |
| Costa | Approximately $963,055.76 in lieu of real property located at 7441 SW 125th Avenue, Miami, Florida 33183 | 1182 | $963,055.76 |

To date, the United States has also collected the following payments toward the forfeiture money judgment:

| Defendant | Amount |
|---|---|
| Salemi | $30,869.52 |
| LLC | $860,000.00 |

Additionally, on July 27, and 28, 2021, the Federal Bureau of Investigation administratively forfeited the following assets:

| Defendant | Asset | Approximate Disposition Value |
|---|---|---|
| Rodiguez | $10,000.00 in U.S. Currency | $10,000.00 |
| Rodiguez | $245,395.47 in funds from account number 8100004795944, held in the name of C. Pro Distributor Corp., at Space Coast Credit Union in Miami, FL | $238,027.34 |

4

*See* Exhibit A (Attached Declaration).

The United States hereby provides notice that the forfeited amounts have been applied in partial satisfaction of the Defendants' forfeiture money judgments, and the following amounts remain outstanding on the Defendants' forfeiture money judgments:

| **Defendant** | **Balance Owed on Forfeiture Money Judgment** |
|---|---|
| Joles | $337,828.48 |
| Salemi | $75,230,192.62 |
| Herrera | $500,000.00 |
| Diaz | $1,007,811.18 |
| Paiz | $2,308,816.01 |
| Cambara | $50,000.00 |
| Soloman | $1,241,587.94 |
| Costa | $77,036,944.24 |
| Rodriguez | $0.00 |
| Romero | $10,000,000.00 |
| Vega | $200,000.00 |
| Hernandez | $78,000,000.00 |
| LLC | $97,140,000.00 |
| Arencibia | $7,300,000.00 |
| Linares | $262,736.00 |
| Rivera | $7,300,000.00 |

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Nicole Grosnoff*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089