

**U.S. Department of Justice**

EXHIBIT A

Federal Bureau of Investigation

Washington, DC  20535

# DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:   20-FBI-006409
Seizure Number:    3460200237

On June 23, 2020, the property described below was taken into custody by the Federal Bureau of Investigation for civil forfeiture at Miami, FL, pursuant to Title 18, United States Code (U.S.C.), Section 981(a)(1)(A).  Notice of this action was sent to all known parties, by certified mail, who may have a legal or possessory interest in the property.  Notice of this action was posted on an official government Internet site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and 28 Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

(Description of Property)

$10,000.00 U.S. Currency

As of the date of execution of this form, a petition for remission or mitigation of forfeiture for this property has not been received.  No claim was filed in a timely manner as required by law to contest this action, nor was any claim pursued which would otherwise require cessation of this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12, free and clear of any liens and encumbrances, and is to be disposed of in accordance with law.  This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court.

_____   Date: 7/28/21

Assistant General Counsel
As delegated by Stephen Jobe, Unit Chief
Legal Forfeiture Unit
Office of the General Counsel
Federal Bureau of Investigation
United States Department of Justice



U.S. Department of Justice

Federal Bureau of Investigation

Washington, DC  20535

## DECLARATION OF ADMINISTRATIVE FORFEITURE

Asset ID Number:  20-FBI-004632
Seizure Number:   3460200245

On July 7, 2020, the property described below was taken into custody by the Federal Bureau of Investigation for civil forfeiture at Miami, FL, pursuant to Title 18, United States Code (U.S.C.), Section 981(a)(1)(A). Notice of this action was sent to all known parties, by certified mail, who may have a legal or possessory interest in the property.  Notice of this action was posted on an official government Internet site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1607 and 28 Code of Federal Regulations (C.F.R.), Section 8.9(a)(1)(ii).

(Description of Property)

$245,395.47 in funds from account number 8100004795944, held in the name of C. Pro Distributor Corp., at Space Coast Credit Union in Miami, FL
Account Number: 8100004795944
Value: $245,395.47

As of the date of execution of this form, a petition for remission or mitigation of forfeiture for this property has not been received.  No claim was filed in a timely manner as required by law to contest this action, nor was any claim pursued which would otherwise require cessation of this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12, free and clear of any liens and encumbrances, and is to be disposed of in accordance with law.  This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court.

_[signature]_                                                                      Date:  7/27/21
Assistant General Counsel
As delegated by Stephen Jobe, Unit Chief
Legal Forfeiture Unit
Office of the General Counsel
Federal Bureau of Investigation
United States Department of Justice